JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
STEPHEN P. BLAKE (Bar No. 260069)
sblake@stblaw.com
BO BRYAN JIN (Bar No. 278990)
bryan.jin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

*Attorneys for Defendants Allakos Inc.,*
*Robert Alexander, Leo Redmond,*
*Henrik Rasmussen, and Adam Tomasi*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG KIM, CHRISTIAN MAYO, AND ALLISON SKYE, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLAKOS INC., ROBERT ALEXANDER, LEO REDMOND, HENRIK RASMUSSEN, and ADAM TOMASI,<br><br>Defendants. | Case No. 4:20-cv-01720-JSW<br><br>**DECLARATION OF STEPHEN BLAKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**Date:**  April 30, 2021<br>**Time:**  9:00 a.m.<br>**Courtroom:** Courtroom 5, 2nd floor<br>**Judge:**  Hon. Jeffrey S. White |

I, Stephen Blake, declare as follows:

1.      I am a partner at the law firm Simpson Thacher & Bartlett LLP and counsel for Defendants Allakos Inc., Robert Alexander, Leo Redmond, Henrik Rasmussen, and Adam Tomasi (collectively, "Defendants").  I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2.      Attached as **Exhibit A** is a true and correct copy of Allakos's 2019 annual report, filed with the SEC on Form 10-K on February 25, 2020.

3.      Attached as **Exhibit B** is a true and correct copy of the International Conference on Harmonisation of Technical Requirements for Pharmaceuticals for Human Use's Glossary, available at https://ichgcp.net/1-glossary.

4.      Attached as **Exhibit C** is a true and correct copy of an excerpt of a Food and Drug Administration publication entitled "Draft Guidance: Multiple Endpoints in Clinical Trials" and available at https://www.fda.gov/media/102657/download.

5.      Attached as **Exhibit D** is a true and correct copy of the National Institutes of Health clinical trial registry's record of the ENIGMA trial, entitled "A Study of AK002 in Patients With Eosinophilic Gastritis and/or Eosinophilic Gastroenteritis (ENIGMA)" and available at https://clinicaltrials.gov/ct2/show/NCT03496571.

6.      Attached as **Exhibit E** is a true and correct copy of a press release titled "Allakos Announces AK002 Met All Prespecified Primary and Secondary Endpoints in Phase 2 Randomized, Double-Blind, Placebo-Controlled Study in Patients with Eosinophilic Gastritis (EG) and/or Eosinophilic Gastroenteritis" filed with the SEC as an exhibit to Form 8-K on August 5, 2019, with pagination added.  The Amended Class Action Complaint references this document in, for example, ¶¶ 5, 42-43, 100, 110 and 119.

7.      Attached as **Exhibit F** is a true and correct copy of a compilation of Allakos's publicly traded stock price (NASDAQ: ALLK) from August 2, 2019 to November 24, 2020, available at https://finance.yahoo.com/quote/ALLK/history?p=ALLK.

8.      Attached as **Exhibit G** is a true and correct copy of Allakos's Supplement to Prospectus dated August 6, 2019 and filed with the SEC on August 7, 2019 pursuant to Rule 424(b)(5).  The Amended Complaint references this document in, for example, ¶¶ 105-06, 110, 119 and 139.

9.      Attached as **Exhibit H** is a true and correct copy of a press release titled "Allakos Announces the Initiation of Antolimab (AK002) Clinical Studies" that Allakos issued on March 24, 2020 and filed with the SEC as an exhibit to Form 8-K on the same date, with pagination added.  The Amended Complaint references that Allakos had proceeded to Phase 3 following the ENIGMA trial. *See* Compl. ¶ 79 (March 25, 2020 commentary discussing purportedly "[u]nswered [q]uestions" about Allakos's "Phase 3 EGID Program Update" and referencing Ex. H).

10.     Attached as **Exhibit I** is a true and correct copy of the S&P Global Market Intelligence transcript for Allakos's March 24, 2020 special call, on which Defendant Alexander discussed, among other things, Allakos's end-of-Phase 2 meeting with the FDA.  The Amended Complaint and its exhibits refer to this meeting.  *See* Compl. Ex. 2 at 34.

11.     Attached as **Exhibit J** is a true and correct copy of a press released titled "Allakos Announces Positive Interim Results from an Open-Label Extension Study of Antolimab (AK002) in Patients with Eosinophilic Gastritis and/or Eosinophilic Duodenitis" that Allakos issued on May 4, 2020 and filed with the SEC as an exhibit to Form 8-K on the same date, with pagination added.  The Amended Complaint references the ENIGMA extension study.  *See* Compl. ¶¶ 7, 65, 71, 78, and 107.

12.     Attached as **Exhibit K** is a true and correct copy of a press released titled "Allakos Initiates Patient Recruitment for AK002 Registrational Studies" that Allakos issued on June 3, 2020 and filed with the SEC as an exhibit to Form 8-K on the same date, with pagination added.  The Amended Complaint references that Allakos had proceeded to Phase 3 following the ENIGMA trial.  *See* Compl. ¶ 79.

13.     Attached as **Exhibit L** is a true and correct copy of a press release titled "Allakos Announces Publication of Results from the Phase 2 Study of Lirentelimab (AK002) in Patients with Eosinophilic Gastritis and/or Eosinophilic Doudenitis (ENIGMA) in the New England Journal of Medicine" that Allakos issued on October 21, 2020 and filed with the SEC as an exhibit to Form 8-K on the same date.

14.     Attached as **Exhibit M** is a true and correct copy of an excerpt of Evan S. Dellon *et al.*, Anti-Siglec-8 Antibody for Eosinophilic Gastritis and Duodenitis, 383 New England Journal of Medicine 17 (Oct. 22, 2020).

15.     Attached as **Exhibit N** is a true and correct copy of an excerpt of a Food and Drug Administration publication entitled "Guidance for Industry on Patient-Reported Outcome Measures: Use in Medical Product Development to Support Labeling Claims" and available at https://www.fda.gov/media/77832/download.  The Amended Class Action Complaint references this document in, for example, ¶ 70.

16.     Attached as **Exhibit O** is a true and correct copy of the S&P Global Market Intelligence transcript for Allakos's August 5, 2019 special call.  The Amended Class Action Complaint references this document in, for example, ¶¶ 44-49, 74, 102-03, 112-13, 119, 121, 124, 132 and 138.

17.     Attached as **Exhibit P** is a true and correct copy of an excerpt of the International Conference on Harmonisation of Technical Requirements for Pharmaceuticals for Human Use's guidance E9, "Statistical Priciples for Clinical Trials," available at https://database.ich.org/sites/default/files/E9_Guideline.pdf.

18.     Attached as **Exhibit Q** is a true and correct copy of an excerpt of Merriam-Webster's Collegiate Dictionary (11th Edition).

19.     Attached as **Exhibit R** is a true and correct copy of a presentation titled "AK002 (Antoliomab) in Adult Patients with Active Eosinophilic Gastritis and/or Eosinophilic Gastroenteritis: Primary Results from a Randomized, Double-Blind, Placebo-Controlled Phase 2 Trial" that Allakos presented at ACG 2019 from October 25 to 30, 2019 and filed with the SEC as an exhibit to Form 8-K on October 29, 2019.  Exhibit R is referenced in Exhibit 3 to the Amended Complaint at pages 22, 87, 106, 124, 125, 126, 128, 132, 133, 135, 137, 140, 149, 153, 154, 155, 214 and 215.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 25, 2020 in Napa, California.

By: */s/ Stephen Blake*

Stephen Blake

---

BLAKE DECLARATION ISO MOTION TO DISMISS

CASE NO. 4:20-CV-01720-JSW