JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
STEPHEN P. BLAKE (Bar No. 260069)
sblake@stblaw.com
BO BRYAN JIN (Bar No. 278990)
bryan.jin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA  94304
Telephone: +1-650-251-5000
Facsimile: +1-650-251-5002

*Attorneys for Defendants Allakos Inc.,*
*Robert Alexander, Leo Redmond,*
*Henrik Rasmussen, and Adam Tomasi*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNG KIM, CHRISTIAN MAYO, AND ALLISON SKYE, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLAKOS INC., ROBERT ALEXANDER, LEO REDMOND, HENRIK RASMUSSEN, and ADAM TOMASI,<br><br>Defendants. | Case No. 4:20-cv-01720-JSW<br><br>**DECLARATION OF STEPHEN BLAKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hon. Jeffrey S. White<br>Date: September 30, 2022<br>Time: 9:00 a.m.<br>Oakland Courthouse, Courtroom 5 |

I, Stephen Blake, declare as follows:

1. I am a partner at the law firm Simpson Thacher & Bartlett LLP and counsel for Defendants Allakos Inc., Robert Alexander, Leo Redmond, Henrik Rasmussen, and Adam Tomasi. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of the S&P Global Market Intelligence transcript for Allakos' Analyst/Investor Day Call held on February 15, 2022. The Second Amended Class Action Complaint ("SAC") references statements allegedly made on this call in, for example, paragraphs 16, 18, 114-16, 124, and 173.

3. Attached as **Exhibits B-1 through B-6** are true and correct copies of Adam Tomasi's Statements of Changes in Beneficial Ownership, filed with the U.S. Securities and Exchange Commission ("SEC") on Form 4 on March 3, March 10, April 14, May 12, June 7, and June 16, 2021, respectively. The SAC references the stock sales reported in Exhibits B-1 through B-6 in, for example, paragraphs 20, 176-77, and 180.

4. Attached as **Exhibit C** is a true and correct copy of Allakos' Proxy Statement, filed with the SEC pursuant to Section 14(a) of the Securities Exchange Act of 1934 on Schedule 14A on April 14, 2022.

5. Attached as **Exhibit D** is a true and correct copy of Allakos' Proxy Statement, filed with the SEC pursuant to Section 14(a) of the Securities Exchange Act of 1934 on Schedule 14A on April 30, 2019. The SAC references this document in, for example, paragraph 72, footnote 3.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 13, 2022 in New York, New York.

By  */s/ Stephen Blake*

Stephen Blake