JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
STEPHEN P. BLAKE (Bar No. 260069)
sblake@stblaw.com
BO BRYAN JIN (Bar No. 278990)
bryan.jin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA  94304
Telephone: +1-650-251-5000
Facsimile: +1-650-251-5002

*Attorneys for Defendants Allakos Inc.,*
*Robert Alexander, Leo Redmond,*
*Henrik Rasmussen, and Adam Tomasi*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG KIM, CHRISTIAN MAYO, AND ALLISON SKYE, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLAKOS INC., ROBERT ALEXANDER, LEO REDMOND, HENRIK RASMUSSEN, and ADAM TOMASI,<br><br>Defendants. | Case No. 4:20-cv-01720-JSW<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN BLAKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hon. Jeffrey S. White<br>Date: September 30, 2022<br>Time: 9:00 a.m.<br>Oakland Courthouse, Courtroom 5 |

I, Stephen Blake, declare as follows:

1.      I am a partner at the law firm Simpson Thacher & Bartlett LLP and counsel for Defendants Allakos Inc., Robert Alexander, Leo Redmond, Henrik Rasmussen, and Adam Tomasi ("Defendants").  I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2.      On June 13, 2022, I submitted a declaration in support of Defendants' Motion to Dismiss, ECF No. 47, to which four exhibits, numbered Exhibits A through D, were annexed.

3.      Attached as **Exhibit E** is a true and correct copy of an excerpt of Merriam-Webster's Collegiate Dictionary (11th ed. 2012) that includes the definition of the word "demographic."

4.      Attached as **Exhibit F** is a true and correct copy of the S&P Global Market Intelligence transcript for Allakos' Special Call held on October 26, 2020.  The Second Amended Class Action Complaint ("SAC") references statements allegedly made on this call in, for example, paragraphs 11, 96, 99, 101, 172, and 175.

5.      Attached as **Exhibit G** is a true and correct copy of the S&P Global Market Intelligence transcript for Allakos' Special Call held on March 24, 2020.  The SAC references statements allegedly made on this call in, for example, paragraphs 10, 92, and 93.

6.      Attached as **Exhibit H** is a true and correct copy of an article authored by Scott Pentiuk, Philip E. Putnam, Margaret H. Collins, and Marc E. Rothenberg, titled Dissociation Between Symptoms and Histological Severity in Pediatric Eosinophilic Esophagitis, and published in Volume 48 of the Journal of Pediatric Gastroenterology and Nutrition on pages 152 through 160 in February 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 29, 2022 in New York, New York.

By  */s/ Stephen P. Blake*

Stephen P. Blake

SUPP. BLAKE DECL. ISO MTD SAC                                    CASE NO. 4:20-CV-01720-JSW