# Exhibit E

Case 4:20-cv-01720-JSW    Document 51-1    Filed 08/29/22    Page 2 of 5

America's Best-Selling Dictionary

# Merriam-Webster's Collegiate® Dictionary

### Eleventh Edition

The Words You Need Today

AN ENCYCLOPÆDIA BRITANNICA® COMPANY

Case 4:20-cv-01720-JSW    Document 51-1    Filed 08/29/22    Page 3 of 5



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2012 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
     p.    cm.
   Includes index.
ISBN 978-0-87779-807-1   (Laminated unindexed : alk. paper)
ISBN 978-0-87779-808-8   (Jacketed hardcover unindexed : alk. paper)
ISBN 978-0-87779-809-5   (Jacketed hardcover with digital download : alk. paper)
ISBN 978-0-87779-810-1   (Leatherlook with digital download : alk. paper)
ISBN 978-0-87779-813-2   (Canadian)
ISBN 978-0-87779-814-9   (International)
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36    2003
423—dc21                       2003003674
                                   CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

17th Printing Quad Graphics Versailles KY October 2012

Case 4:20-cv-01720-JSW    Document 51-1    Filed 08/29/22    Page 4 of 5

**de·moc·ra·tize** \di-'mä-krə-ˌtīz\ *vt* **-tized; -tiz·ing** (1798) : to make democratic — **de·moc·ra·ti·za·tion** \-ˌmä-krə-tə-'zā-shən\ *n* — **de·moc·ra·tiz·er** \-'mä-krə-ˌtī-zər\ *n*

**dé·mo·dé** \ˌdā-mō-'dā\ *adj* [F, fr. *dé-* de- + *mode*] (1873) : no longer fashionable : OUT-OF-DATE

**de·mod·ed** \(ˌ)dē-'mō-dəd\ *adj* (1887) : DÉMODÉ

**de·mod·u·late** \(ˌ)dē-'mä-jə-ˌlāt\ *vt* (1927) : to extract the information from a modulated signal — **de·mod·u·la·tion** \(ˌ)dē-ˌmä-jə-'lā-shən\ *n* — **de·mod·u·la·tor** \(')dē-'mä-jə-ˌlā-tər\ *n*

**De·mo·gor·gon** \ˌdē-mə-'gȯr-gən, 'dē-mə-ˌ\ *n* [LL] (1590) : a mysterious spirit or deity often explained as a primeval creator god who antedates the gods of Greek mythology

**¹de·mo·graph·ic** \ˌdē-mə-'gra-fik, ˌdē-mə-\ *also* **de·mo·graph·i·cal** \-fi-kəl\ *adj* (1882)   **1** : of or relating to demography or demographics   **2** : relating to the dynamic balance of a population esp. with regard to density and capacity for expansion or decline — **de·mo·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv*

**²demographic** *n* (ca. 1966)   **1** *pl* : the statistical characteristics of human populations (as age or income) used esp. to identify markets   **2** : a market or segment of the population identified by demographics

**de·mog·ra·phy** \di-'mä-grə-fē\ *n* [F *démographie*, fr. Gk *dēmos* people + F *-graphie* -graphy] (1880) : the statistical study of human populations esp. with reference to size and density, distribution, and vital statistics — **de·mog·ra·pher** \-fər\ *n*

**dem·oi·selle** \ˌdem-wə-'zel\ *n* [F, fr. OF *dameisele* — more at DAMSEL] (1520)   **1** : a young lady   **2** : DAMSELFISH

**De·Moi·vre's theorem** \di-'mȯl-vərz-, -'mwäv(-rə)z-\ *n* [Abraham *De Moivre* †1754 Fr. mathematician] (1840) : a theorem of complex numbers: the *n*th power of a complex number has for its absolute value and its argument respectively the *n*th power of the absolute value and *n* times the argument of the complex number

**de·mol·ish** \di-'mä-lish\ *vt* [MF *demoliss-*, stem of *demolir*, fr. L *demoliri*, fr. *de-* + *moliri* to construct, fr. *moles* mass — more at MOLE] (1570)   **1 a** : TEAR DOWN, RAZE   **b** : to break to pieces : SMASH   **2 a** : to do away with : DESTROY   **b** : to strip of any pretense of merit or credence — **de·mol·ish·er** *n* — **de·mol·ish·ment** \-lish-mənt\ *n*

**de·mo·li·tion** \ˌde-mə-'li-shən, ˌdē-mə-\ *n* (1549)   **1** : the act of demolishing; *esp* : destruction in war by means of explosives   **2** *pl* : explosives for destruction in war — **de·mo·li·tion·ist** \-'li-sh(ə-)nəst\ *n*

**demolition derby** *n* (ca. 1953)   **1** : a contest in which skilled drivers ram old cars into one another until only one car remains running   **2** : something that resembles a demolition derby in destructiveness

**de·mon** *or* **dae·mon** \'dē-mən\ *n* [ME *demon*, fr. LL & L; LL *daemon* evil spirit, fr. L, divinity, spirit, fr. Gk *daimōn*, prob. fr. *daiesthai* to distribute — more at TIDE] (13c)   **1 a** : an evil spirit   **b** : a source or agent of evil, harm, distress, or ruin   **2** *usu daemon* : an attendant power or spirit : GENIUS   **3** *usu daemon* : a supernatural being of Greek mythology intermediate between gods and men   **4** : one that has exceptional enthusiasm, drive, or effectiveness ⟨a ∼ for work⟩ — **de·mo·ni·an** \di-'mō-nē-ən\ *adj* — **de·mon·i·za·tion** \ˌdē-mə-nə-'zā-shən\ *n* — **de·mon·ize** \'dē-mə-ˌnīz\ *vt*

**de·mon·e·tize** \(ˌ)dē-'mä-nə-ˌtīz, -'mə-\ *vt* [F *démonétiser*, fr. *dé-* de- + L *moneta* coin — more at MINT] (1852)   **1** : to stop using (a metal) as a monetary standard   **2** : to deprive of value for official payment — **de·mon·e·ti·za·tion** \(ˌ)dē-ˌmä-nə-tə-'zā-shən, -ˌmə-\ *n*

**¹de·mo·ni·ac** \di-'mō-nē-ˌak\ *also* **de·mo·ni·a·cal** \ˌdē-mə-'nī-ə-kəl\ *adj* [ME *demoniak*, fr. LL *daemoniacus*, fr. Gk *daimoniakos*, fr. *daimon-*, *daimōn*] (14c)   **1** : possessed or influenced by a demon   **2** : DEMONIC ⟨∼ rage⟩ — **de·mo·ni·a·cal·ly** \ˌdē-mə-'nī-ə-k(ə-)lē\ *adv*

**²demoniac** *n* (14c) : one possessed by a demon

**de·mon·ic** \di-'mä-nik, dē-\ *also* **de·mon·i·cal** \-ni-kəl\ *adj* (1662) : of, relating to, or suggestive of a demon : FIENDISH ⟨∼ cruelty⟩ ⟨∼ laughter⟩ — **de·mon·i·cal·ly** \-ni-k(ə-)lē\ *adv*

**de·mon·ol·o·gy** \ˌdē-mə-'nä-lə-jē\ *n* (1597)   **1** : the study of demons or evil spirits   **2** : belief in demons : a doctrine of evil spirits   **3** : a catalog of enemies ⟨the liberal creed at that time put Big Business in a central place in its ∼ —Carl Kaysen⟩ — **de·mon·olog·i·cal** \ˌdē-mə-nə-'lä-ji-kəl\ *adj* — **de·mon·ol·o·gist** \-'nä-lə-jist\ *n*

**de·mon·stra·ble** \di-'män(t)-strə-bəl\ *adj* (15c)   **1** : capable of being demonstrated   **2** : APPARENT, EVIDENT — **de·mon·stra·bil·i·ty** \-ˌmän(t)-strə-'bi-lə-tē\ *n* — **de·mon·stra·bly** \-blē\ *adv*

**dem·on·strate** \'de-mən-ˌstrāt\ *vb* **-strat·ed; -strat·ing** [L *demonstratus*, pp. of *demonstrare*, fr. *de-* + *monstrare* to show — more at MUSTER] *vt* (1548)   **1** : to show clearly ⟨∼ a willingness to cooperate⟩   **2 a** : to prove or make clear by reasoning or evidence   **b** : to illustrate and explain esp. with many examples ⟨∼ a procedure⟩   **3** : to show or prove the value or efficiency of to a prospective buyer ⟨∼ a new product⟩ ∼ *vi* : to make a demonstration ⟨crowds *demonstrating* for the right to vote⟩   *syn* see SHOW

**dem·on·stra·tion** \ˌde-mən-'strā-shən\ *n* (14c)   **1** : an act, process, or means of demonstrating to the intelligence: as   **a** (1) : conclusive evidence : PROOF   (2) : DERIVATION 5   **b** : a showing of the merits of a product or service to a prospective consumer   **2** : an outward expression or display   **3** : a show of armed force   **4** : a public display of group feelings toward a person or cause — **dem·on·stra·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**¹de·mon·stra·tive** \di-'män(t)-strə-tiv\ *adj* (14c)   **1 a** : demonstrating as real or true   **b** : characterized or established by demonstration   **2** : pointing out the one referred to and distinguishing it from others of the same class ⟨∼ pronouns⟩   **3 a** : marked by display of feeling   **b** : inclined to display feelings openly — **de·mon·stra·tive·ly** *adv* — **de·mon·stra·tive·ness** *n*

**²demonstrative** *n* (15c) : a demonstrative word or morpheme

**dem·on·stra·tor** \'de-mən-ˌstrā-tər\ *n* (1611) : one that demonstrates:   **a** : a product (as an automobile) used to demonstrate performance or merits to prospective buyers   **b** : a person who engages in a public demonstration

**de·mor·al·ize** \di-'mȯr-ə-ˌlīz, ˌdē-, -'mär-\ *vt* (ca. 1793)   **1** : to corrupt the morals of   **2 a** : to weaken the morale of : DISCOURAGE, DISPIRIT   **b** : to upset or destroy the normal functioning of   **c** : to throw into disorder — **de·mor·al·i·za·tion** \di-ˌmȯr-ə-lə-'zā-shən, ˌdē-, -ˌmär-\ *n* — **de·mor·al·iz·er** \di-'mȯr-ə-ˌlī-zər, ˌdē-, -'mär-\ *n* — **de·mor·al·iz·ing·ly** \-ziŋ-lē\ *adv*

**de·mos** \'dē-ˌmäs\ *n* [Gk *dēmos* — more at DEMAGOGUE] (1806)   **1** : POPULACE   **2** : the common people of an ancient Greek state

**de·mote** \di-'mōt, ˌdē-\ *vt* **de·mot·ed; de·mot·ing** [*de-* + *-mote* (as in *promote*)] (ca. 1891)   **1** : to reduce to a lower grade or rank   **2** : to relegate to a less important position — **de·mo·tion** \-'mō-shən\ *n*

**de·mot·ic** \di-'mä-tik\ *adj* [Gk *dēmotikos*, fr. *dēmotēs* commoner, fr. *dēmos*] (1822)   **1** : of, relating to, or written in a simplified form of the ancient Egyptian hieratic writing   **2** : POPULAR, COMMON ⟨∼ idiom⟩   **3** : of or relating to the form of Modern Greek that is based on everyday speech

**de·mount** \(ˌ)dē-'maůnt\ *vt* (ca. 1930)   **1** : to remove from a mounted position   **2** : DISASSEMBLE — **de·mount·able** \-tə-bəl\ *adj*

**¹de·mul·cent** \di-'məl-sənt\ *adj* [L *demulcent-, demulcens*, prp. of *demulcēre* to soothe, fr. *de-* + *mulcēre* to soothe] (1732) : SOOTHING

**²demulcent** *n* (1732) : a usu. mucilaginous or oily substance (as tragacanth) that can soothe or protect an abraded mucous membrane

**de·mul·ti·plex·er** \(ˌ)dē-'məl-tə-ˌplek-sər\ *n* (1963) : an electronic device that separates a multiplex signal into its component parts

**¹de·mur** \di-'mər\ *vi* **de·murred; de·mur·ring** [ME *demuren*, *demeren* to linger, fr. AF *demurer*, *demoerer*, fr. L *demorari*, fr. *de-* + *morari* to linger, fr. *mora* delay — more at MORA] (13c)   **1** *archaic* : DELAY, HESITATE   **2** : to file a demurrer   **3** : to take exception : OBJECT — often used with *to* or *at*

**²demur** *n* (13c)   **1** : hesitation (as in doing or accepting) usu. based on doubt of the acceptability of something offered or proposed   **2** : the act or an instance of objecting : PROTEST   *syn* see QUALM

**de·mure** \di-'myůr\ *adj* [ME] (14c)   **1** : RESERVED, MODEST   **2** : affectedly modest, reserved, or serious : COY — **de·mure·ly** *adv* — **de·mure·ness** *n*

**de·mur·rage** \di-'mər-ij, -'mə-rij\ *n* (1641)   **1** : the detention of a ship by the freighter beyond the time allowed for loading, unloading, or sailing   **2** : a charge for detaining a ship, freight car, or truck

**de·mur·ral** \di-'mər-əl, -'mə-rəl\ *n* (1810) : the act or an instance of demurring

**¹de·mur·rer** \di-'mər-ər, -'mə-rər\ *n* [AF *demourer*, v.] (ca. 1521)   **1** : a response in a court proceeding in which the defendant does not dispute the truth of the allegation but claims it is not sufficient grounds to justify legal action   **2** : OBJECTION

**²de·mur·rer** \-'mər-ər\ *n* [*¹demur*] (1711) : one that demurs

**de·my·e·lin·at·ing** \(ˌ)dē-'mī-ə-lə-ˌnā-tiŋ\ *adj* (1939) : causing or characterized by the loss or destruction of myelin ⟨∼ diseases⟩ ⟨a ∼ agent⟩ — **de·my·e·lin·ation** \(ˌ)dē-ˌmī-ə-lə-'nā-shən\ *n*

**de·mys·ti·fy** \(ˌ)dē-'mis-tə-ˌfī\ *vt* (1963) : to eliminate the mystifying features of — **de·mys·ti·fi·ca·tion** \(ˌ)dē-ˌmis-tə-fə-'kä-shən\ *n*

**de·my·thol·o·gize** \ˌdē-mi-'thä-lə-ˌjīz\ *vt* (1950)   **1** : to divest of mythological forms in order to uncover the meaning underlying them ⟨∼ the Gospels⟩   **2** : to divest of mythical elements or associations — **de·my·thol·o·gi·za·tion** \-ˌthä-lə-jə-'zā-shən\ *n* — **de·my·thol·o·giz·er** \-'thä-lə-ˌjī-zər\ *n*

**¹den** \'den\ *n* [ME, fr. OE *denn*; akin to OE *denu* valley, OHG *tenni* threshing floor] (bef. 12c)   **1** : the lair of a wild usu. predatory animal   **2 a** (1) : a hollow or cavern used esp. as a hideout   (2) : a center of secret activity   **b** : a small usu. squalid dwelling   **3** : a comfortable usu. secluded room   **4** : a subdivision of a Cub Scout pack made up of two or more boys

**²den** *vb* **denned; den·ning** *vi* (13c) : to live in or retire to a den ⟨polar bears ∼ in ice caves or snowdrifts⟩ ∼ *vt* : to drive into a den

**Den** *abbr* Denmark

**de·nar** \'de-ˌnär, 'dä-\ *n*, *pl* **de·nars** \-ˌnärz\ *also* **denar** *or* **de·na·ri** \'de-nä-ˌrē, 'dä-\ [Macedonian, alter. of *dinar* dinar, ultim. fr. Ar *dinār* — more at DINAR] (15c) — see MONEY table



**de·nar·i·us** \di-'ner-ē-əs\ *n*, *pl* **de·nar·ii** \-ē-ˌī, -ē-ˌē\ [ME, fr. L — more at DENIER] (14c)   **1** : a small silver coin of ancient Rome   **2** : a gold coin of the Roman Empire equivalent to 25 denarii

**de·na·tion·al·ize** \(')dē-'nash-nə-ˌlīz, -'na-shə-nə-ˌlīz\ *vt* (1807)   **1** : to divest of national character or rights   **2** : to remove from ownership or control by the national government — **de·na·tion·al·i·za·tion** \(ˌ)dē-ˌnash-nə-lə-'zā-shən, -ˌna-shə-nə-lə-'zā-\ *n*

**de·nat·u·ral·ize** \(ˌ)dē-'na-ch(ə-)rə-ˌlīz\ *vt* (1800)   **1** : to make unnatural   **2** : to deprive of the rights and duties of a citizen — **de·nat·u·ral·i·za·tion** \(ˌ)dē-ˌna-ch(ə-)rə-lə-'zā-shən\ *n*



**de·na·ture** \(ˌ)dē-'nā-chər\ *vb* **de·na·tured; de·na·tur·ing** \-'nā-ch(ə-)riŋ\ *vt* (1685)   **1** : DEHUMANIZE   **2** : to deprive of natural qualities : change the nature of: as   **a** : to make (alcohol) unfit for drinking (as by adding an obnoxious substance) without impairing usefulness for other purposes   **b** : to modify the molecular structure of (as a protein or DNA) esp. by heat, acid, alkali, or ultraviolet radiation so as to destroy or diminish some of the original properties and esp. the specific biological activity ∼ *vi* : to become denatured — **de·na·tur·ant** \(ˌ)dē-'nā-chər-ənt\ *n* — **de·na·tur·ation** \(ˌ)dē-ˌnā-chə-'rā-shən\ *n*

denarius of Julius Caesar, 44 B.C.

**de·na·zi·fy** \(ˌ)dē-'nät-si-ˌfī, -'nat-\ *vt* **-fied; -fy·ing** (1940) : to rid of Nazism and its influence — **de·na·zi·fi·ca·tion** \(ˌ)dē-ˌnät-si-fə-'kā-shən, -ˌnat-\ *n*

**dendr-** *or* **dendro-** *comb form* [Gk, fr. *dendron*; akin to Gk *drys* tree — more at TREE]   **1** : tree ⟨*dendrology*⟩ : resembling a tree ⟨*dendrite*⟩

**den·dri·form** \'den-drə-ˌfȯrm\ *adj* (ca. 1847) : treelike in form

**den·drite** \'den-ˌdrīt\ *n* (1751)   **1** : a branching treelike figure produced on or in a mineral by a foreign mineral; *also* : the mineral so marked   **2** : a crystallized arborescent form   **3** : any of the usu. branching protoplasmic processes that conduct impulses toward the body of a neuron — see NEURON illustration

**den·drit·ic** \(ˌ)den-'dri-tik\ *adj* (1816) : resembling or having dendrites : branching like a tree ⟨a ∼ drainage system⟩ ⟨∼ cells⟩

**dendritic cell** *n* (1934) : any of various antigen-presenting cells with long irregular processes

# AMERICA'S LEADING REFERENCE BRAND



## Merriam-Webster's
# Collegiate® Dictionary
## Eleventh Edition

**COMPLETELY REVISED AND UPDATED**

### THE MOST UP-TO-DATE DICTIONARY AVAILABLE

- 10,000 new words and senses from all fields of knowledge
- 165,000 entries and 225,000 definitions
- Detailed symbols show most common pronunciations and acceptable variants

### THE FEATURES YOU NEED

- More than 42,000 usage examples—the most in any desk dictionary
- Coverage of 7,500 phrases and idioms clarifies meanings and illustrates common use
- More than 700 illustrations and diagrams and dozens of informative tables

### EXPERT WORD GUIDANCE

- Synonym paragraphs explain different shades of meaning between words
- Usage paragraphs provide guidelines for words with confused or disputed usage
- A Handbook of Style offers essential information to improve writing skills

**USA $22.95**

CC-807-A05-1111

## Merriam-Webster Inc.
AN ENCYCLOPÆDIA BRITANNICA® COMPANY
Springfield, MA  01102
Merriam-Webster.com
Merriam-WebsterUnabridged.com
LearnersDictionary.com

ISBN 978-0-87779-807-1
5 2 2 9 5



9 780877 798071