# Exhibit F

**S&P Global**
Market Intelligence

# Allakos Inc. NasdaqGS:ALLK

# Special Call

## Monday, October 26, 2020 12:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

**2**

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 15

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Amol Kamboj**

**Henrik Sandvad Rasmussen**
*Chief Medical Officer*

**Robert Alexander**
*CEO & Director*

**ANALYSTS**

**Kyuwon Choi**
*Goldman Sachs Group, Inc., Research Division*

**Lachlan Hanbury-Brown**
*William Blair & Company L.L.C., Research Division*

**Maurice Thomas Raycroft**
*Jefferies LLC, Research Division*

**Samuel Evan Slutsky**
*LifeSci Capital, LLC, Research Division*

**ATTENDEES**

**Nicholas J. Talley**

**William D. Chey**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Greetings. Welcome to Allakos Lirentelimab Subcutaneous and Prevalence Study Results Conference Call. [Operator Instructions] Please note this conference is being recorded.

I will now turn the conference over to your host, CEO, Robert Alexander. You may begin.

**Robert Alexander**
*CEO & Director*

Okay. Well, thank you, and I'd like to thank everybody for joining the call. Alan, can you key ahead one slide. So just a reminder that I will be making forward-looking statements, so please refer to our SEC filings for a description of our risk factors. Agenda.

Okay. So in terms of what we'll go through today, we -- I'll give a brief overview, and then Henrik will show the subcutaneous data, followed by Amol Kamboj, who's going through our prevalence results. And then we'll have 2 key opinion leaders join us to put the prevalence data in a broader context. And then we'll follow-up with Henrik giving an update on the current clinical plans, and then we'll go to Q&A.

Okay. So today's -- I think as everybody knows, today's call centers around our subcutaneous data announcement as well as our prevalence study results. So in terms of subcutaneous data, the bioavailability of lirentelimab was 63%. This fell right in line with what we were hoping to see. Typically, you see between 55% and 65% bioavailability, and we landed right in that range. So that was nice to see.

I think importantly, the drug was extremely well tolerated. So we did not see any injection site reactions. We did not see injection reactions. And when we refer to injection reactions, what we're talking about is the analog to an infusion-related reaction that we see in -- when the IV administered -- when the IV is given.

And then lastly, the last thing we were looking to see in the subcutaneous data was the eosinophil suppression. And we saw sustained eosinophil suppression at all dose levels tested. So again, the data looks great, and Henrik will go through that in more detail.

And then secondly, we'll go into considerable detail on the prevalence study. The upshot here is that what we found in this -- in the prevalence study, which was over 500 patients screened, was essentially what we found in ENIGMA late last year. So 45% of symptomatic patients biopsied with chronic functional GI symptoms met the histological criteria for EG and EoD. So what this suggests, obviously, is EG and EoD are significantly underdiagnosed.

Okay. So on Slide 6, what -- just to ground everybody on the -- where we are currently. I'll go through this slide and then some background slides and then turn it over to Henrik. So where we stand today, 002 has shown activity in multiple inflammatory diseases. I think as everybody is aware, we showed results from our Phase II study last August in EG and EoD, and that data was recently published in the New England Journal.

We also had a series of Phase I studies that began reading out in early '19 through mid '19, and those were in chronic urticaria, indolent systemic mastocytosis and severe allergic conjunctivitis. In all 3 of those studies, we showed robust signs of activity. So in urticaria, we saw activity in both chronic spontaneous urticaria as well as inducible urticarias. That includes both Xolair refractory and Xolair-naive. And then on the inducible side, that was cholinergic urticaria and dermatographic urticaria. We saw very nice, symptomatic improvements in patients with ISM. And then in severe allergic conjunctivitis, we looked at 3 different forms of severe conjunctivitis. Many of these patients also had comorbid asthma and atopic derm. And again, we saw very clear signs of activity in not only the ocular symptoms, but also in the comorbidities.

In terms of our Phase III study in EG and EoD, that study was set to begin in March. But due to the pandemic, we did not begin screening patients until June. And that study remains on track with the prepandemic guidance. So we expect data in the second half of '21. So that study is enrolling very well.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then the Phase II/III study in EoE, same deal as EG and EoD. We held enrolling patients until June. That study is also enrolling well, and we expect data in the second half of '21.

And so the bottom line here is that we believe there's strong scientific rationale for 002 not only in the indications where we've demonstrated activity, but also in other indications. And the ones that are of interest to us are asthma, ulcerative colitis and basically any other mast cell and/or eosinophil-driven condition where we find compelling evidence that mast cells or eos drive the pathogenesis of the disease.

Okay. So just a quick background on mast cells and eos. So these 2 cell types are found at the internal/external interface of the body. And so in particular, you see mast cells and eos in the tissues, surrounding blood vessels and in close contact with peripheral nerves.

Mast cells and eos, their whole reason for being is to make and store inflammatory mediators and granules that they're very quickly able to dump into the extracellular environment. And these things include vasoactive amines, which are -- an example of that is histamine, also lipid mediators, proteases, cytokines and chemokines. All of these things contribute to inflammation, and that includes both acute and chronic. So the cells are able to act very quickly when there's a threat, and then they can also participate in chronic inflammation. What's embedded in that is that they also play a key role, not only in the innate immune system, but coupling the innate immune system to the adaptive immune response.

And as a consequence of all these things, when mast cells and eos become disregulated, they can contribute to a host of disease states, and we've listed some up here. And these are ones that we've been focused on: so GI, ophthalmic, dermatologic, respiratory and proliferative diseases.

All right. On the next slide, just a cartoon describing the mechanism of action of 002. So there -- so 002 is an antibody that binds an inhibitory molecule called Siglec-8. And Siglec-8 is expressed on mast cells and eosinophils, and its physiologic function is to inhibit activating signals. So what we're doing with 002 is we're pharmacologically activating the inhibitory function or the physiologic function of Siglec-8. And the upshot of that is with eosinophils, it leads to cell death. And with mass mast, it leads to significant inhibition of the mast cell.

All right. So on the next slide, this is a cartoon illustrating a basic immune reaction or inflammatory response, and on the right, you can see an eosinophil. And just as a reminder, we -- with our mechanism of action, eosinophils are taken out of the picture. And so we'll focus on the mast cell.

And the upshot of this slide is really the basis for why we found Siglec-8 such an interesting target originally. So because it's an inhibitory receptor, by activating that inhibitory function, we could inhibit a broad range of activating signals that come into the mast cell. So instead of focusing on a single pathway, we could cover many pathways. And that's the data that we've generated over the last few years, and there's a bunch of information on our website if anybody is interested in looking at that.

But the upside of this is that pathways that have been targeted successfully in drug development are pathways that we know we inhibit. And some of these are listed up here. So TSLP, IL-33, IL-4, IL-13, IgE, so activating the mast cell through the IgE receptor.

And then again, as a reminder, mast cells are cells that can be activated in more ways than almost any other immune cell in the body. And they do produce dozens and probably even hundreds of different inflammatory mediators, so things, again, like histamine, leukotriene, prostaglandins, proteases. But they also secrete factors that interact with other cells, not only the immune system but of nonimmunologic cells, like peripheral neurons and smooth muscle. And you can see a list of these up there, and we know we inhibit those -- the production of those mediators.

Okay. On the next slide, this is a slide that's demonstrating or showing some of the indications where we've shown activity as well as others that we're interested in. I don't want to belabor this. I've gone through all this previously. But again, we've seen activity in ophthalmic. Embedded in that study were patients with eosinophilic and noneosinophilic asthma and atopic derm, we showed nice activity in those comorbidities. We did show really nice activity in ISM and chronic urticaria. And then, of course, the data we announced last year and recently published in New England Journal on the EGID.

And then there are several other therapeutic areas listed up here, where we believe there's strong scientific rationale for us to go into them. And we're still evaluating which ones will come next, but this is an example of the types of areas that we're interested in.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Right. So for our lead indication, just a quick rounding here, EG, EoD and EoE are members of a family called eosinophilic GI diseases or EGIDs. These are driven by chronic mast cell and eosinophil inflammation of the stomach, duodenum or the esophagus. The symptoms are abdominal pain, nausea, early satiety, loss of appetite, bloating, abdominal cramping, vomiting, diarrhea and dysphasia. I guess not surprisingly, after that list, these people are very sick.

Currently, there are no approved treatments for any of these indications. And the current standard of care are restrictive diets that are very difficult to stay on, and chronic steroid use, which is not something that's viable as a therapeutic option because of all the significant side effects that come along with taking chronic steroids.

Okay. So I will turn it over to Henrik to go through the subcutaneous data.

**Henrik Sandvad Rasmussen**
*Chief Medical Officer*

Yes. Thanks, Robert. So the Phase I -- the study we did was a Phase I, single dose, randomized, double-blind and placebo-controlled study in a total of 58 adult healthy volunteers. We looked at 5 different dose groups with a subcutaneous formulation: 0.3, 1, 3 and 5 mg/kg as well as a 300 milligram fixed-dose given as a single 2 ml injection. In each of these groups, we had 6 patients receiving active drug and 2 patients receiving placebo. We also included 2 intravenous groups, 3 and -- 1 and 3 mg/kg in the study.

And we couldn't really have asked for better results. As Robert indicated, we had a bioavailability of 63%. We did see prolonged peripheral blood eosinophil suppression on lirentelimab. And in addition to that, the drug was very well tolerated. We didn't see any injection site reactions or injection reactions. We didn't see any treatment-related adverse events, and no serious adverse events.

We did have one injection reaction, grade 1, but that happened to occur on placebo. It was flushing 2 hours post injection, emphasizing, I guess, the importance of including the placebo group even in studies like this. So the conclusion here is that subcutaneously, lirentelimab certainly appears suitable for at least once monthly dosing.

This slide shows you the duration of activity and also the rapid effect. As you can see from the slide here, at doses of 1, 0.3 and at 3, 5 mg/kg and 300 milligram fixed dose, we got total suppression of eosinophil for out to 3 months, day 85.

You'll also see that the onset of activity was very rapid, even with the subcutaneous formulation, as the eosinophils were gone 1 hour after the injection at doses of 1, 3 and 5 mg/kg as well as the 300 mg/kg. So a long duration of action in healthy volunteers and almost instantaneous onset of activity.

So that's a summary of the subcu data. And I'll pass on now the mic to Amol Kamboj, who is our Senior Director of Medical Affairs and Clinical Development, who was the one who conducted the prevalence study. Over to you, Amol.

**Amol Kamboj**

Thank you, Henrik, and good morning, everybody. I'm excited to share with you the top line data and findings from the EG, EoD prevalence study. The data are probably best presented with a little bit of context and background, not just on how the study was conducted, but -- and why we did it as well.

As Robert alluded to, there were interesting findings from screening from the ENIGMA program that demonstrated an unexpectedly high diagnosis rate of EG and/or EoD among previously undiagnosed patients, and these are data we presented this past weekend at ACG. There were a total of 113 patients who entered screening for ENIGMA, and the majority of them, 62 to be precise, entered with a known or established history of eosinophilic gastritis and/or duodenitis. And the majority of those patients came from CGIR sites or EGID centers of excellence.

But the balance of patients who entered screening are these 51 who entered without an established or known history of eosinophilic GI disease. They came largely from community GI practices. And of those 51, 26 met the symptom inclusion criteria per our PRO and qualified them for the screening endoscopy and biopsy. And of the 26 who were scoped, a striking 58% or 15 of the 26 were found to have EG and/or EoD.

As I mentioned, the majority of these patients came from medium to large community GI practices as well as clinical research sites, and they entered the study really with a history of just chronic, nonspecific functional GI symptoms or diagnoses including irritable bowel syndrome or functional dyspepsia. And the findings here certainly suggested

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a significant underdiagnosis of eosinophilic gastritis and/or duodenitis in the broader GI patient population, which is supported in emerging literature in this space.

And 13 of the 15 patients, whom we refer to as de novo diagnoses or the de novo patients here from screening, were randomized into the ENIGMA program and demonstrated a comparable response as those with an established history of EG, EoD. And here are data that underscore that.

What we're looking at here, just to level set everybody, we're looking at the TSS-8, which is the total symptom score that we use to assess symptomatology in patients in the ENIGMA program. And it's a composite score across the 8 symptoms assessed with our PRO.

And as I'll show you in just a few moments, these patients were very similar in background characteristics and symptomatology. And so as would be expected, the placebo response was similar between the 2 groups, the de novo patients and those with a prior diagnosis. And in the randomization period as well, we see very similar response to 3 mg/kg of lirentelimab. Now we're showing you data just from the 3 mg/kg arm, as that's the dose that we're carrying forward in our Phase III program.

We first shared open-label extension data at DDW earlier this year, and we showed that the longer patients stayed on lirentelimab, the more improvement in symptoms they reported. And that's certainly the case here in the de novo patients as well. Again, comparing de novo with those with a prior history of EG and/or EoD.

If we look at these same data from a slightly different perspective, here more of a responder analysis of these patients for those who reported at least a 50% improvement in their total symptom score. Again, very similar response to placebo as far as the proportion of patients who achieved that 50% improvement. And nearly 2/3 of both the de novo as well as prior history patients were able to achieve that 50% improvement. And as we've expected in open-label extension, as these patients made it up to 69 to 70 weeks of therapy, there is enhanced response to symptoms. Now these data, the Ns are slightly different from those presented at ACG only because 2 additional patients have now reached that 69 to 70 week threshold.

So really similar response to drug, and it was really these 2 data points: number one, the unexpected high discovery rate of EG, EoD de novo patients as well as their response to lirentelimab that served as the impetus for launching a larger study to see if we could scale these findings in a much larger, broader GI patient population. And to that end, here is the study design for the prevalence study. This was a prospective, multicenter study to assess the prevalence of eosinophil gastritis and/or duodenitis in symptomatic patients with chronic functional GI symptomatology.

The patients could enter screening for this study on 1 of 2 bases: They could either have a history of at least 6 months of abdominal pain, abdominal cramping, nausea, vomiting, diarrhea, bloat or early satiety, so very common functional GI symptoms without an identifiable cause and unresponsive to some sort of intervention. So it could have been pharmacologic intervention or a dietary intervention, but they were symptomatic. Or patients could enter screening for this study if they had a diagnosis of irritable bowel syndrome or functional dyspepsia, both of which inherently suggest a chronicity of symptoms and generally a meaningful magnitude of symptomatology as well.

So those are the 2 ways patients could enter screening for this study. And the objective was to biopsy these adult patients who met a symptom inclusion criteria, which we assessed using the same PRO we used in ENIGMA and which we're using in ENIGMA 2, our Phase III program. And if they met a symptom inclusion criteria, which I'll describe momentarily, that qualified them for endoscopy with biopsy.

There were 20 sites across the U.S. that participated in this study. And there were 2 co-primary end points, both histologic for this prevalence study. The first is a proportion of symptomatic patients who qualified for the PRO for the endoscopy and biopsy who met the histologic criteria for eosinophilic gastritis and/or duodenitis. So the strict criteria we used here are the same which we used in ENIGMA, the same which we're using for our Phase III program, and for which there's really growing consensus in defining eosinophilic gastritis and duodenitis, which is at least 30 eosinophils in 5 gastric and/or 3 duodenal high-power fields, respectively. That's the first histologic end point.

The second is the proportion of these symptomatic patients who qualified for endoscopy, who didn't quite meet that eosinophil criteria but were symptomatic enough to be scoped and met what we've called the MGID histologic criteria. So the patients who had at least 30 mast cells in 5 gastric or 3 duodenal high-power fields without quite meeting that eosinophil histologic criteria.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now I'll remind you that there is a similar cohort to this MGID patient population that we found in the ENIGMA screening as well. And we put 7 of these MGID patients into an open-label study with lirentelimab where they received 6 months of that high dose regimen of 3 mg/kg. And as reported at DDW, there was a really meaningful magnitude of symptom improvement in those patients as well.

So this is an overview of the study design. And I just want to reground everybody in the PRO which we used in ENIGMA, and which we're using in ENIGMA 2 that assesses these 8, certainly nonspecific, but bothersome GI symptoms. And to qualify for the endoscopy and biopsy for this prevalence study, patients had to demonstrate and report at least 3 out of 10 or above in the symptoms listed above as well as a total symptom score of at least 10. So this is suggesting a meaningful burden of symptomatology, and that's what would qualify a patient for endoscopy with biopsy.

Now I think one of the strengths of the prevalence study is the biopsy protocol that we use. And it's important to emphasize why this is an important part of the study. The -- I'll remind folks that it's very well described in the EGID literature, whether it's the esophagus or in the distal eosinophilic GI disorders, that regardless of symptom severity, the actual eosinophilic infiltration of the tissue can be very patchy.

So as many of you know, for EoE, it is recommended that at least 6 to 8 biopsies of the esophagus be taken so that one doesn't the eosinophilic infiltration that could be driving symptomatology. And similarly, you can have patchy disease in the stomach or duodenum, necessitating multiple systematic biopsies.

The other point to emphasize here is that many patients with these eosinophilic GIs, and this is certainly true in our clinical experience, but as well as in the literature, they can have macroscopic or endoscopically normal-appearing mucosa. And so if one were only to take biopsies from areas of interest or that appear grossly abnormal, what -- you could possibly miss eosinophilic infiltration.

So this is a protocol that we used. We took 8 bites from the stomach: 4 each from the antrum and the body; and we took 4 bites from the duodenum, 2 each from the second and third parts of the duodenum.

And so this was the study design, how we captured patients, how we scoped them. And to that end, here are the histologic findings and the general flow of the study.

There were 556 unique patients who entered screening for the prevalence study across the 20 sites. And nearly 3/4 of them or 405 patients qualified for the PRO symptom inclusion criteria I described and underwent endoscopy with the systematic biopsies.

Of the 405 patients scoped, as Robert alluded to earlier, a striking 45% met the histologic criteria for eosinophilic gastritis and/or duodenitis. An additional 50% or 204 patients met the histologic criteria for MGID, and then the remaining 20 met neither histologic criteria.

So overall, if we look at the 556 unique patients who entered screening for the study, 1/3 of them, 1/3 of these patients with chronic functional GI symptoms met the histologic criteria for eosinophilic gastritis or duodenitis.

I think the implications of these findings here on this slide are rather profound and large. If the patients represented here in the study, and these findings are reflective of the broader GI patient population, and we certainly feel that they are, it highlights, number one, the significant underdiagnosis of eosinophilic GI disease, but perhaps more importantly, could explain a pathogenic cause for patients who suffer with chronic, nonspecific and currently assumed to be functional GI diagnoses or disorders.

I mentioned that there were 20 sites that participated in this study. Here is the geographic distribution of the site. And I share this only to report that there really was a consistent discovery rate of patients meeting histologic criteria for EG and/or EoD across these regions. We saw no meaningful variability of these histologic findings across the various regions of sites that participated in this study.

So that's sort of a macro look at the study design and the primary end points for the study. But if we dive a little bit deeper into the weeds and try to understand who these patients are, what we're presenting here for your comparison and review is the 556 patients screened and demographic information on those who met the 2 histologic co-primary end points and comparing them to the 72 patients identified as having EG and/or EoD from the ENIGMA program. I'll call your attention first to just the baseline demographics that these patients tended to be middle-aged, white female, which is very consistent with the functional GI literature.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The second point I'll make, and I know this is a busy table, so I'll try to walk you through it, but the fifth row down, if you look at the peripheral eosinophil counts, and we look at the patients who met histologic criteria for EG and/or EoD in this prevalence study and comparing them to the patients discovered in ENIGMA, both with an established history -- and this inclusive of the de novo patients as well. But here in the prevalence study, the peripheral eosinophils are notably lower than they are compared to ENIGMA. And what this suggests is, historically, these patients are defined as having meaningfully elevated peripheral eosinophils in eosinophilic gastritis and duodenitis, even more so than with EoE.

And so if we look at these de novo patients from the prevalence study, it is conceivable that even if a provider was aware of EG and/or EoD, and it was on the differential, it's possible that it wasn't very high in the differential given the normal peripheral eosinophil counts. And perhaps that didn't prompt endoscopy with a systematic workup for a tissue eosinophilia.

And to that end, if you just jump to the bottom 5 or 6 rows of this table, and we look at who these patients historically are and what their diagnosis have been, you see that the overwhelming majority of these patients, so 93% of those who met histologic criteria for eosinophilic gastritis and/or duodenitis had a prior or previous, or at the time of the study, a diagnosis of GERD, irritable bowel syndrome, functional dyspepsia, chronic gastritis or duodenitis. And I'll remind you that the first 2, GERD and IBS certainly do not require endoscopy and biopsies to make the diagnosis. And one could really make the assumption that a number of patients who remain symptomatic with these diagnosis, that a systematic workup of them may reveal that they have underlying eosinophilic GI disease.

I move backwards here on this table and just call out the total symptom score. If you look at just the magnitude of symptomatology reported by these patients, so those who met histologic criteria for EG and or EoD, those who met the histologic criteria for MGID and comparing them to the ENIGMA patients, you see there's striking balance across these 3 groups.

So really if one of these patients walked into your office and reported a certain magnitude of symptoms and a chronicity of symptoms, which I think is very important as well, of around a decade of symptomatology, it's impossible to differentiate without looking into the tissue who may have eosinophilic GI disease and who may not.

If we unpack the total symptom score just a little bit here and look at it across the 8 symptoms test for the PRO -- and I know there's a lot of content on this slide as well. But the dark blue bar here represents these patients identified as meeting histologic criteria in the prevalence study. We're comparing them to the de novo patients we introduced to you at the beginning of this part of the presentation, so from ENIGMA screening, comparing them to those with a known and established history at the time they entered the screening. And both in magnitude of symptomatology as well as in severity of symptoms, there is striking balance between the 3 populations, suggesting that they're -- at least those first 2, the prevalence study patients that we've found and the ENIGMA de novo patients are essentially the same type of patients.

If we dive a little bit deeper, one of the things that we certainly focus on at Allakos is not just the numbers of eosinophils and mast cells that are present in highly symptomatic patients, but also the activation state of these cells. It is certainly well described in the EGID literature and mainly in the EoE space, but emerging in the more distal EGIDs as well, that there's a disconnect between symptom severity and tissue eosinophil counts, both at the time of presentation as well as potentially in response to therapy.

And that has a couple of implications: One is that there's very likely other cells participating in the pathogenesis. We believe that the mast cells are certainly relevant there. And number two, that the activation state of these cells is probably just as important as the presence or elevation of these cells.

So what we're looking at here is we took a cohort of patients from the prevalence study and using flow, we phenotyped their eosinophils and mast cells to assess the degree of surface activation marker. We used CD69 as a nice marker for eosinophil activation.

There are a couple of points here that I think are really interesting. Number one is that whether patients met histologic criteria for EG and/or EoD or MGID, these highly symptomatic patients who qualified for endoscopy had increased eosinophil activation as compared to asymptomatic, healthy control. And it's fascinating that both those who met the criteria for EGID and those who did not had increased eosinophilic activation.

Similarly, if we look at mast cell activation, and we're looking at 2 markers here, I'll start with CD63. This is a really well described cell surface marker of mast cells. Increased expression of this suggests either very recent or imminent degranulation of mast cells. And for both cohorts again that were identified in the prevalence study, those who met the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

histologic criteria for eosinophilic GI disease and those who met the MGID criteria, there was a significantly increased expression of CD63 as compared to asymptomatic, healthy controls.

I think one of the more fascinating findings from the study is actually this MRGPRX2. So this is a rather ubiquitous receptor that sits on mast cells. In the allergy world, we think this is a big part of what drives the sort of pseudoallergic reactions or non-IgE-mediated, mast cell-driven symptomatology. But it's probably best known as a substance P receptor that sits on the mast cells. You can see both in those patients who met histologic criteria for EG and/or EoD and again in the MGID patient population, so again both symptomatic cohorts, that there is a significantly increased expression of MRGPRX2 receptor as compared to asymptomatic healthy controls.

This is particularly relevant. There have been some really elegant studies out of Belgium and Italy over the past year or so that have demonstrated mast cell burden and mast cell proximity to nerve endings in the gut correlating with symptom severity as well as a constellation of symptoms in patients with functional GI disorders. So this is really, really fascinating and something that's certainly worth exploring more. Perhaps this is one of the ways in which lirentelimab deactivates mast cell and contributes to symptom relief in patients.

As an aside, just completely unrelated to this patient population, I'll remind you that earlier this year at EAACI, we demonstrated that AK002 inhibits substance P-mediated activation of the mast cell. And so that certainly supports that this may be one of the pathways by which patients are improving.

That's quite a bit of data I've shared with you. I just want to revisit maybe the key learnings from the prevalence study before I hand it off to our external experts. And there are a couple of points, I think, worth reminding you as I close.

Number one, 45% of the meaningfully symptomatic patients, so those who qualified for an endoscopy and biopsy, with a history of chronic functional GI symptoms and/or a diagnosis of IBS or functional dyspepsia met the histologic criteria for eosinophilic gastritis and/or duodenitis, certainly supporting the idea that EG and/or EoD are significantly underdiagnosed. Number two, that the majority of symptomatic patients who underwent biopsy had activated eosinophils and mast cells, whether or not they met the histologic criteria for eosinophilic GI disease. So both of these cells seem to be primed and seem to be participating in the pathogenesis of the disease as well as symptomatology, regardless of whether they met the histologic criteria for EGIDs.

Thirdly, and I think this is important as we understand more about the pathogenic drivers of these conditions, that patients currently identified as having functional GI disease, whether they're labeled IBS or functional dyspepsia or potentially refractory GERD, they're not terribly well managed by available therapies. And that could be in part attributable to the fact that current therapies really address symptoms but not necessarily the underlying pathogenic drivers of their conditions. And I'll just remind you that the analog of this cohort, those de novo patients we've identified from the ENIGMA program which, again, really served as the impetus for launching this prevalence study, had a meaningful response to lirentelimab, both in the randomization period and with continued and further improvement in the open-label extension.

So with that, I'm very pleased to introduce to you our 2 key external experts, who will perhaps share their perspective on the implications of their study: Professor Nicholas Talley and Dr. Bill Chey.

Dr. Talley is joining us from University of Newcastle. He's a Laureate Professor, so he's calling in from Australia. He's a gastroenterologist and epidemiologist. He's practiced here in the states. He's practiced in Europe. But much of his formative work and best-known work came from his team down there in Australia.

And Dr. Bill Chey, who is very well-respected in the functional GI world, is on the Board of Directors of the Rome Foundation and is on the Board of Trustees of ACG.

And both Dr. Talley and Dr. Chey have served as past Co-Editor-in-Chief of The American Journal of Gastroenterology. So I'm very pleased to have them on the call. And with that, I will hand it over to Nick.

**Nicholas J. Talley**

Amol, thanks very much, and good morning, everybody. So look, if I could have my first slide, please.

Let me say this, first of all. This, in my view, the study you just heard, the prevalence study, is a landmark study. And also, in my view, it's extremely high quality. So let's just go through some of the obvious positive details about the study design.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

First of all, there were 20 sites across the U.S. and the results were consistent across sites. And I think that was terribly important. Plus, it's a large study. Over 500 patients were screened, and 400 underwent endoscopy. Symptoms were measured very well. The PRO that was used included a broad range of symptoms. We know this is a good instrument. And the patients selected had moderate to severe symptoms, which is a very reasonable subset of these patients to study in terms of potential pathology and, obviously, eventually therapies.

And I think for the first time in the United States really, and in fact around the world, a very well standardized endoscopy protocol was applied with standard biopsies, and these were all read by expert GI pathologists independently, by the way. And the criteria for eosinophils and mast cells were prespecified and indeed are very consistent with what you'd expect to reflect pathology.

So this is really an important study, arguably the first large prospective study to look at the prevalence of EG and EoD. And I think the study population included, as far as I can tell, looking at the data very carefully, it's highly representative of typical community GI practice. So this is a great study, and it's a very important study. As I said, I think it's a real landmark.

If we could go to my next slide, please. So how many patients then in the U.S. might have these chronic GI symptoms? And indeed, obviously, many of them might have and do have, we suspect, this eosinophilic gastritis or duodenitis.

Well, I think this slide summarizes with, I think, very reasonable assumptions what those numbers might be conservatively. So we know there are around about 14,000 GIs in the U.S., and that would mean about 22 to 28 million total adult GI patients in a GI practice. And we also know there's an absolute ton of literature which indicates the majority of these people who consult, these patients who are seen, do not have -- or do have a functional GI syndrome of some sort, or get labeled as GERD, sometimes as chronic gastritis.

And so 70% is a reasonable estimate. Could be 60% to 80%. But 70% is a reasonable estimate. And again there's a great amount of literature which shows that 40% to 50% at least of these patients are inadequately controlled with standard therapies.

So you could argue that the prevalence study screening population in this prevalence study represents or indicates at least 6 million to 10 million patients in the U.S. And that's a lot of patients with what now appears to be important pathology.

Next slide, please. And the results of this study are highly important. They're novel. They're groundbreaking in my view. But to me, they're not a surprise. And while this is really new information, there's this body of literature that's been accumulating over the last 15 years or so which supports the view that, yes, we're underdiagnosing eosinophilic gut diseases. We're missing mast cell diseases as well. And I was just going to share a few of these studies to show you that this, in fact, is the case.

So the first study on this slide, study 1, is work from my group, and work we actually did in Sweden. And this is work where we looked at patients with -- or for people from the community actually with functional dyspepsia symptoms. So they had early satiety, fullness, bloating, pain, abdominal pain. And we scoped them and biopsied them, and we focused on the duodenum. And there we found increased duodenal eosinophils in those who are symptomatic. And we had a control group, and it was clearly different from the controls, higher numbers, and they were degranulating eosinophils. So this was really one -- really the first study, our first real control study to show that there is this disease grouping that we have been overlooking.

We also followed up subjects with eosinophils in the duodenum over 10 years prospectively. And we showed that group was at much higher risk of developing new onset GERD, new onset gastroesophageal reflux, about a sixfold, 600% increased risk of developing GERD. And that, of course, we viewed -- at least our hypothesis was that, that -- this disease process could well explain the overlap of GERD with dyspepsia, GERD with IBS. And indeed, this prevalence study really supports that view.

There's other important work from other groups looking at conditions, such as non-celiac gluten or wheat sensitivity. This is where people who eat gluten or wheat develop symptoms. Many of these are patients who actually have IBS or functional dyspepsia or both. And mast cells and eosinophils have been seen in this group of patients. And the mast cells, for example, they granulate near the nerves. The closer they are to the nerves, the better the correlation with the presence of abdominal pain. This sort of evidence supports the view these cells that are intimately connected, eosinophils and mast cells, are really important.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And if you want to read a summary of the current state of the art, and this was just published in The Lancet a week ago or so, there's actually an article that includes Doug Drossman and myself, where we summarize our current knowledge about the pathogenesis of these unexplained chronic GI symptoms, which are so important. And we postulate in this article eosinophils and mast cells play an important role in a subset. But this new study you've heard about today absolutely is a major advance in the field.

And now I'll hand it over to Bill Chey. Bill?

**William D. Chey**

Thanks, Nick. And I have to say that when the Allakos team came to me originally with the ENIGMA data, I was quite skeptical. I think I was certainly intrigued. But my first comment to them was, you really need to do a larger study in a community-based GI population to be sure this is correct.

So the prevalence study that you've heard about this morning really piqued my interest because it very much confirmed the results of the ENIGMA study. But more importantly, as Nick just led you through, the results of the prevalence study, in the face of a highly effective therapy, offers a possibility of turning what we currently do completely on its head.

If you think about where we are in 2020, by the way, this is the same place we've been for the last 30, 40 years, like treatment of patients with dyspepsia and, to a lesser extent, irritable bowel syndrome has pretty much stayed the same over the last nearly half century. In other words, what -- the way we do things at the current time is we identify a patient's predominant symptoms, and based upon their symptoms, we choose a therapy.

Here's the problem with that paradigm. The problem with that paradigm is that the therapies target a specific pathway. And given the fact that patients with GI symptoms have lots of different reasons, one of which may very well be this issue around EG, EoD, but there are many other reasons as well that patients have symptoms. So when you choose a treatment that targets one specific pathophysiological pathway, surprise, surprise, it only makes optimistically 30% or 40% of the patients better. So you can imagine how frustrating this is for patients to, a, not have specificity in regard to understanding why they're having the symptoms; but, b, having to work through a myriad of different therapies that only offer the possibility of around a 30% to 40% response rate. So this idea of identifying an entirely novel way of thinking about why patients have these symptoms and that there is potentially highly effective therapy is a game changer.

So let me just talk you through what's on the slide before you and contrast where we are and where we may go. So right now, again, we're in this empiric treatment strategy. Realize that management guidelines for patients with upper and lower GI symptoms don't necessarily recommend doing an upper endoscopy unless the patient has really severe unrelenting symptoms or so-called alarm features. And these are features, clinical features, that make us worry that there's something more dangerous going on, like cancer or something like inflammatory bowel disease. And these include things like vomiting, weight loss, bleeding.

Now at the time, even if a patient does undergo an upper endoscopy, realize that one of the profound breakthroughs of this, of the ENIGMA study and the prevalence study, is the potential for introducing a standardized biopsy protocol. Because right now, different people do this differently. This might seem strange for the listeners, but realize that if you get an upper endoscopy by person A versus person B, they may biopsy the stomach and duodenum in entirely different ways. And that introduces problems for identifying a patchy disease like EG or EoD.

And then finally, realize that pathologists aren't tuned into looking for this or doing any special stains to identify these abnormalities. And up until this point, even if you did, we really haven't had highly effective therapies for this problem.

So think about where we may go, which I like to refer to as more of a precision medicine approach, a biomarker-based approach, to choose the right treatment for the right patient. And that is doing an upper endoscopy in anybody that has moderate or certainly severe GI symptoms, doing a standardized biopsy protocol that increases the likelihood of being able to identify this diagnosis, making sure the pathologists are tuned into doing the right types of evaluation and stains to identify eosinophils and mast cells. And then targeting patients that fall into this category into highly effective therapies so that they can avoid the treadmill that they're on of trying this and trying that with a very low likelihood of benefit.

So let's go to our last slide here, for me anyway. And just to summarize. So historically, upper endoscopy and biopsies have not been recommended -- routinely recommended in patients with chronic GI symptoms because, up until this point, it really hasn't done much to guide therapy.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Current treatments remain ineffective for many patients with chronic functional GI symptoms likely because the cause of symptoms is heterogeneous, and we don't choose treatments based on underlying pathophysiology. Historical and emerging research highlight the pathogenic role of eosinophils and mast cells in patients with chronic GI symptoms. And we've known about this, like Nick said, for a long time. But what we haven't known is how potentially common this is in patients with these chronic, unexplained, what we currently call functional GI symptoms.

The prevalence, combined with the histological and symptom improvements seen in newly identified EG and EoD patients in ENIGMA offers promise to many patients with chronic GI symptoms. And I'll end by saying this, 2 things: One is, again, moving us from an empiric to a precision medicine, biomarker-based treatment strategy to choose the right treatment for the right patient. And I think people listening in on this may have concerns about this idea of doing more upper endoscopies and having gastroenterologists follow a standardized biopsy protocol.

But I'll mention this, and that is we thought -- we had the same concerns before the widespread recognition of eosinophilic esophagitis. And literally, within a period of months to a year, all gastroenterologists had converted to a standardized biopsy-based protocol for eosinophilic esophagitis. So there is precedent. You can teach an old dog new tricks, and in this case, not being too pejorative for my colleagues, but realize that we're used to identifying these kinds of changes and making the appropriate alterations in the way we do business to make sure that we do the right thing for the patient.

So I'll stop there and turn this back over to Henrik, who I know is going to talk about some of the extension data.

**Henrik Sandvad Rasmussen**
*Chief Medical Officer*

Yes. Thanks for that, Bill. So as most of you may remember, we had 59 patients out of ENIGMA, who were eligible to enter the long-term extension. And of those 59, 58 actually did go into the OLE label extension.

As of the end of September, 45 patients had completed at least 52 weeks of lirentelimab treatment, which included the ENIGMA exposure. So on average, these 45 patients had been treated for around 78 weeks.

We had 13 patients who discontinued prior to the 52 weeks of treatment, mostly for logistical or for a number of different logistical reasons. And the average treatment duration in those 13 patients who discontinued was about 34 weeks of treatment. As you can see on the next slide, we continue to see improvement in the total symptom score over time.

And as you'll see on the next slide, where we basically had been looking at the 29 patients who had at least 70 weeks of lirentelimab treatment, and you can see a continued improvement. These are mean improvements from baseline, which at weeks 29 to 30, we had a 68% improvement, and that improved to a 75% improvement on weeks 69 to 70. So the duration of activity in terms of improvement in symptomatology clearly was sustained and even improved a little bit over time.

Another way of looking at the data is to look at the proportion of patients who are experiencing at least a 50% response, a 70% response and a more than 90% response. And these are dramatic response rate, I guess, in GI symptomatology.

If you look at the response rate at patients who had been treated for 69 to 70 weeks, you will see that virtually everybody, 86% of patients showed a more than 50% response. Close to 2/3, 62%, showed a more than 70% response, and almost 1/3 of the patients showed a 90% response.

And you also see -- if you look at the same patients response earlier after 29 to 30 weeks of treatment and after 51 to 52 weeks of treatment, you will see that the treatment responses continue to go up over time. But clearly, the majority of patients in the long-term extension study continue to benefit symptomatically from the drug.

As we have demonstrated previously and which continue to be the case, the improvement in total symptom score was not driven by 1 or 2 symptoms, as you can see on the slide here. We basically saw very substantial improvements across all 8 symptoms, which constituted the total symptom score.

And you also see that these patients were very sick going into the study, with average scores in the 5 to 6 range on a scale from 0 to 10 across virtually all the different symptoms. So a significant symptomatic burden going into the study and a very substantial improvement in symptomatology on lirentelimab.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This goes together with the fact that the drug was well tolerated. The most common adverse event, as you have heard before, was infusion-related reactions, which tended to be mild to moderate flushing, feeling of warmth, headache, et cetera.

And importantly, in the extension study, the last 20 patients we included in the extension study, we premedicated with 1 single dose of prednisone the night before the first infusion, and none of those patients developed infusion-related reactions. So as a consequence of those findings, we are now pretreating all patients with prednisone the day before the first infusion in our ongoing Phase III study.

We didn't see any other drug-related -- we didn't see any drug-related serious adverse event in the open-label extension nor did we see any other significant adverse event. So very well tolerated, consistent with the highly selective mode of action of lirentelimab.

Moving on, as Robert indicated, just to the overall clinical program, those Phase III studies are on track. As you know, we started our Phase III study in eosinophilic gastritis and duodenitis. We call that ENIGMA 2. It's well underway, and we are on track to have data in the second half of next year.

And similarly for the Phase II/III studies we are conducting in eosinophilic esophagitis. We call that KRYPTOS. It's also well underway and also on track to have data in the second half of next year.

And with that, I'll pass it back to Robert.

**Robert Alexander**
*CEO & Director*

Okay. Thanks, Henrik. Next slide, Alan, please.

Okay. Just quickly, cash balance. These numbers are as of June 30. So there was approximately 450 -- we have approximately $450 million in cash. Our first half of '20 operating expenses are $70 million. Q1 2020 operating expenses, roughly $30 million and Q2 was $40 million.

In terms of IP, just a reminder that the IP surrounding AK002 goes out to 2035. Those would be the first to expire patents. There's additional patents beyond that. And also a reminder that 002 is manufactured by Lonza.

Right. In terms of the completed near-term milestones, we just ran through the Phase I data and prevalence study. We also had reported earlier this year in the summertime that -- the extension data from ENIGMA.

And then the 2 big milestones that are coming up will be our Phase III study in EG and EoD and our Phase II/III study in EoE. As I said, those are both scheduled to read out in the second half of '21, so we're roughly a year or so away from that data.

Okay. So we've covered most of this. I know we're running a little short on time. So again, our registration studies are well underway, enrolling very well and are on target. The Phase I subcutaneous data looks terrific: 63% bioavailability, very well tolerated and, importantly, sustained eosinophil suppression.

And lastly, the prevalence study that we just walked through, that study confirmed the initial findings in ENIGMA. And 45% of the symptomatic patients ended up meeting the criteria for EG and EoD. And again, this underscores the fact that these patients might be significantly underdiagnosed.
And with that, we'll draw this part to a conclusion and go to Q&A.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question is from Maury Raycroft with Jefferies.

**Maurice Thomas Raycroft**
*Jefferies LLC, Research Division*

Congrats on all the updates today. So first question is on the subcu dosing. Just wondering what the rationale was for including the 300 mg fixed dose? And do you think the data support dosing every month, every other month or even less frequent? And what are next steps with the subcu dosing?

**Robert Alexander**
*CEO & Director*

Yes. Thanks, Maury. Yes. So with the IV, we've been -- it's been weight-based dosing. We explored that in the subcu as well. It -- kind of net-net, it would be easier to have a fixed-dose product presentation in subcu, which is why we looked at the 300 fixed. And so that was the rationale there. It's pretty standard dose regimen. It looks more in the weight-based as well as the fixed dose, and I think the important takeaway there is, either way the data looks very good.

In terms of where we'll go next with subcu, clearly, going into our lead indications in EG, EoD and EoE will be one of the important things that we do. And then as we've discussed for a while now, we wanted the benefit of seeing not only the prevalence data, but also the subcutaneous data so we could make data-driven decisions about what other indications to go into. And I think with the subcu data, this opens up essentially all the other indications that we've talked about over time.

So we'll -- we're still evaluating exactly where we'll go next. But the list of things that we've talked about are the places that we're focusing our attention.

**Maurice Thomas Raycroft**
*Jefferies LLC, Research Division*

Got it. Okay. And then for the prevalence study, just wondering if the de novo patients that you've recruited into that study, will they qualify for your pivotal study? And could you book end scenarios on how this could affect enrollment time lines?

**Robert Alexander**
*CEO & Director*

Sure. So the answer is yes. So those patients would be eligible to go into ENIGMA 2. They have to qualify, meet all the criteria to qualify for ENIGMA 2, but that certainly is something that has been going on.

It's -- I don't want to predict how it will affect enrollment right now. But clearly, there were a lot of patients identified, and those patients are eligible to go into ENIGMA 2. So we are actively doing that, and those patients are being referred.

Maury, I forgot, you were asking about monthly dosing on subcu. Yes, I mean, that's something we'll continue to explore. I mean I think it's the -- it won't be given any more often than monthly. We certainly can explore larger intervals there, and that's something that we will do now that we have the kind of the foundational data there. So we'll explore that as well.

**Maurice Thomas Raycroft**
*Jefferies LLC, Research Division*

Got it. And last question, just on the 15 de novo patients that were in the Phase II ENIGMA. I guess, did those patients have lower peripheral eosinophils? And did those patients have GERD, IBS functional dyspepsia or the chronic gastritis/ duodenitis? And I'm just curious if you saw improvement on one or more of those particular symptoms in ENIGMA, if they had them.

**Robert Alexander**
*CEO & Director*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. So in general, those patients did have lower kind of peripheral blood eosinophils. In terms of their medical history, I'm looking at Amol because I don't have that in my fingertip.

**Amol Kamboj**

Yes. We didn't formally capture that -- we didn't formally capture that background, the background diagnoses in ENIGMA in the systematic fashion that we did in the prevalence study, so it's hard to speak to that. Whether those symptoms for those other diagnoses were improved, to your question, we didn't look at them objectively. We simply just tracked the 8 symptoms assessed per the PRO. So we didn't qualify and/or track their GERD symptoms or severity of FD, just the 8 symptoms assessed per the PRO.

**Robert Alexander**
*CEO & Director*

I was just going to say, the point there is that we are -- that study was a EG, EoD based on that PRO, not a GERD study or whatever. So that's why we did that. But all right, thanks. Maury.

**Operator**

Our next question is from Tim Lugo with William Blair.

**Lachlan Hanbury-Brown**
*William Blair & Company L.L.C., Research Division*

This is Lachlan on for Tim. And congrats on the data.

I guess I was also wondering about the monthly duration of the subcu dosing. If you saw eosinophil suppression out to day 85, how do you sort of come up with the 1-month dosing? Is there a differential sort of duration of effect on mast cells versus eosinophils? Or is this just an easy starting point to go with?

And then second of all, I would like to ask a question of Dr. Chey. Given that you sit on the Rome Foundation Board, how do you believe these findings will eventually be reflected into guidelines for patients with IBS? Would you expect to start recommending biopsies and have it sort of standard for IBS patients?

**Robert Alexander**
*CEO & Director*

Yes. Okay. So in terms of the monthly dosing, it's -- the eosinophil, the peripheral blood eosinophil is an easy thing to measure. And we certainly know from biopsies that not only do we deplete peripheral blood -- or not only from blood work do we know we deplete peripheral blood eos with biopsy work, we inhibit -- or we eliminate the [ tissue ].

Mast cells are different. You don't find mast cells in the blood. You don't find mature mast cells in the blood. You find them in the tissue. And we don't deplete mast cells because the mechanism by which we deplete eos is different in the tissue than it is in the blood.

And for these reasons, these fundamental biological reasons between an eo and a mast cell. Eos are labile cells that only live for about 2 weeks. So they undergo apoptosis when 002 engages the receptor. And then mast cells are much longer-lived, robust cells. And when they're cross linked with lirentelimab, you inhibit. So what we -- what we don't know, what's harder to do is to have a very easy way to assay a mast cell because you'd have to take repeated biopsies and measure, like, for example, like patient status, which is a difficult thing to do.

I think what the open-label extension data tells you is that in the face of essentially immediate depletion of eosinophils, as you look over time and see symptoms improve, that's probably an indication of sustained mast cell inhibition. And so right now, we know that monthly dosing has a very potent effect there, and we see significant symptomatic improvements.

So we will explore over time dose intervals. But right now, we know the drug is -- it's safe to administer monthly, and patients experience significant benefit from that. So that's where we'll stick to now.

And then I'll turn it over to Bill to answer the question about the -- how it impacts Rome, et cetera.

**William D. Chey**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. It's an interesting and important question. So just a couple of insights. First of all, I think there are always going to be functional disorders. And I think for those of us that have been working in the realm of functional GI diseases for many years now, our overriding goal is to do precisely this. That is to advance the science in a way that chips away at the functional bowel disease stone.

So if you think about like 30 years ago, we didn't appreciate that celiac disease was an important potential cause for functional GI symptoms in a small percentage of patients. 10 years ago, we didn't realize that microscopic colitis was an important cause for symptoms in these types of patients. H. pylori changed the way we think about dyspepsia.

So over time, we have been chipping away at the stone. This is going to be a little bit more than a -- if it really bears out to be entirely true and validated and reproducible, this can be more than just a small chip. But I think that it's going to warrant a very careful look and will likely alter the recommendations in regard to how we approach a diagnostic evaluation in patients with unexplained moderate to severe GI symptoms.

And I think that will be a really important part of Rome V, which is -- the process will be starting within the next year or 2. It's a several-year process in which we identify the world's thought leaders, and carefully review the literature and come to consensus. So I think this is going to be an important contribution to the Rome V process.

I also think that the professional societies, societies like the American College of Gastroenterology and the American Gastroenterological Association, are also going to need to take a careful look at this as they think about updating their own clinical guidelines. So this data, like any important new data, will be incorporated and will be digested and incorporated into any new guidance documents for the clinicians taking care of these patients.

**Operator**

And our next question is from Sam Slutsky with LifeSci Capital.

**Samuel Evan Slutsky**
*LifeSci Capital, LLC, Research Division*

Just one for me. So obviously, the prevalence data indicates a much bigger EG, EoD and MGID population than current literature suggests. But would be helpful to hear your expectations for the increased detection of EG and EoD over time.

And then you touched base on it when discussing EoE. But it would be great to hear the views of Drs. Talley and Chey on how easy it might be to change the way many of these physicians go about diagnosing patients in practice.

**Robert Alexander**
*CEO & Director*

Sorry, Sam, I don't quite understand the first question you're asking.

**Samuel Evan Slutsky**
*LifeSci Capital, LLC, Research Division*

Yes. Just in terms of kind of expectations for increased detection of EG and EoD patients over time now with this data in hand.

And then for Drs. Talley and Chey, just kind of how easy it might be for physicians to change their practice in terms of how they go about biopsying patients and so forth.

**Robert Alexander**
*CEO & Director*

Okay. Yes, sure. I'll -- I mean we're running short on time, but I'll make a very quick answer, and then let Nick and Bill jump in on that.

I guess our experience here was that ENIGMA actually enrolled quite quickly, even though we are primarily focused on the CGIR centers. When we began the prevalence study, that got kicked off in early February. And by the time the country shut down, we had -- we didn't know exactly what -- I didn't have the data, but we knew that patients were symptomatic and being scoped. And so the -- it was enrolling very quickly, which is why we ended up doubling the size of it, because it just created a more robust data set.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

I can say that, that was not terribly difficult to enroll that prevalence study. And so I would expect that given a standardized protocol, not only for the biopsy, but where to biopsy and then how to count, it's going to make this not that difficult.

And I think -- I forget if it was Nick or Bill talked about the EoE, what happened there but, guys, maybe you can jump in and talk about how that might change practice with that experience projecting onto the EG, EoD side.

**Nicholas J. Talley**

Bill, why won't you...

**William D. Chey**

Nick, do you want to make it -- go ahead. Okay. Yes, sure. So a couple of things is -- there will definitely need to be education around how to do this properly, how to make this diagnosis properly, how to obtain the biopsies in a way that maximizes yield. But the precedent is that within the world of eosinophilic esophagitis, we literally went from 0 to 100 within a period of about a year, meaning that there was a time not too long ago where people did not have any kind of standardized biopsy protocol for eosinophilic esophagitis. In fact, people weren't even aware of this as a clinical entity. In a way, Allakos and the patients with these GI symptoms will benefit tremendously from the awareness around eosinophils that's been created by EoE.

So I actually think that the lift, although it will be substantial, in other words there will need to be training that gets disseminated to the population of gastroenterologists taking care of these patients, the lift will be substantially less in the face of what we've learned from eosinophilic esophagitis. I think every gastroenterologist has an appreciation for how important a standardized biopsy protocol is to making that diagnosis, and they're already primed that eosinophils are important for patients with gastrointestinal disease.

**Nicholas J. Talley**

And I echo those comments. I'm convinced that practice will change and reasonably rapidly, assuming these results stand up, and I really believe they will. They're very, very important results.

It's also striking, in the prevalence study, that the prevalence of EG, EoD is significantly greater than the prevalence of EoE. So that is also really interesting and I think will, in fact, garner more rapid change in practice over time.

**William D. Chey**

One last comment I'll just make on that is the key here is having the therapy. Because making the diagnosis in the absence of having a therapy, I can tell you that nobody would do -- nobody would go through the effort to make -- to really engage in this biopsy protocol. But if you have an effective therapy, there's a very persuasive motivation for providers and patients to drive this change.

**Robert Alexander**
*CEO & Director*

Thanks, guys. Sam, did that get everything?

**Samuel Evan Slutsky**
*LifeSci Capital, LLC, Research Division*

Yes. Yes. That was good. Appreciate it.

**Robert Alexander**
*CEO & Director*

Yes. Okay. And then I don't know if there are any more calls. I know we're down to a few minutes -- questions rather.

**Operator**

Our last question will be from Paul Choi with Goldman Sachs.

**Kyuwon Choi**
*Goldman Sachs Group, Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Congrats on the data. Just a couple of quick ones for me. First, just with regard to -- in the prevalence study, can you maybe just comment a little more on baseline diagnosis, particularly with regard to the MGID population? And just how many of these tended to be diagnosed with either dyspepsia or IBS? And maybe just understanding a little bit more of the characterization of this potentially larger population here.

**Robert Alexander**
*CEO & Director*

So hey, Paul, so you're talking specifically about the MGID population?

**Kyuwon Choi**
*Goldman Sachs Group, Inc., Research Division*

Yes.

**Robert Alexander**
*CEO & Director*

Yes. I mean you could see that we key back to the slide. You can see the numbers there. I think the other thing to keep in mind is many of these patients have had several of these diagnoses over time. I think as both Dr. Talley and Dr. Chey mentioned, that there was always -- the comment that stuck with me was this treadmill of trying to treat and diagnose. So they were essentially -- the MGIDs looked just like the EGIDs.

And so I think when we look at the MGID population, I mean that was a bucket that we created during ENIGMA because we found these highly symptomatic patients with elevated mast cells that had -- didn't quite meet the threshold for the -- to be defined as a EG or EoD patient.

Within this MGID patient population -- and we didn't really highlight this, but there's a significant percentage of these people that narrowly missed the EGID definition. And so if you were to, let's say, lower that from -- to 20 to 29, you probably pick up another 50% on the EGID total there. So it's significant.

But there are patients that have mostly normal eo counts with elevated mast cells that are activated. And so that's a population of patients that hasn't been well characterized, it's something that we're looking into. But I think it's probably maybe an obvious statement that given the finding that we just went through here, the EG, EoD population is -- appears to be quite large. So we're going to have our hands full with that.

But we still will look at these MGIDs, and it's not inconceivable that you could see a study come up where we're exploring the activity of 002 in that population similar to what we did in that smaller subset from ENIGMA.

**Kyuwon Choi**
*Goldman Sachs Group, Inc., Research Division*

Okay. Great. That's helpful context. And then just last one for me is just a little more on the relationship between either weekly single symptom severity score and total symptom severity score. If you could maybe just elaborate a little bit more on that and just what you tended to see with regard to total mast cell counts in this MGID population, that would be very helpful. And congrats again on the data.

**Robert Alexander**
*CEO & Director*

Thanks. So I guess with respect to mast cells, in terms of cellular number, I think if we -- as we've described for a while now, we don't expect the drug to have a direct cidal activity on the mast cell in the tissue.

What we found in our animal models is that we significantly and almost completely inhibit the production of chemokines from the mast cell in our EG mouse models that recruit eosinophils and mast cells to the site of inflammation. So we think that the reduction in mast cells that we see, which is -- I don't have the numbers in front of me, it's 20%, 30% or so, that we see is really coming off of a dampening of the inflammatory response and the inhibition of the chemokines that recruit additional cells to the site of inflammation. So that's what happening there.

And then in terms of the reduction in symptoms, we published a paper recently in Mucosal Immunology, which has some really nice data looking at sham controls and isotype control to 002 and then 002. And it basically shows a transcriptome

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that's been -- in the presence of 002, looks very much like the sham control and essentially inverted to the isotype control. So that gives you a sense for the breadth of the activity of the molecule and why you very likely see this inhibition of -- or improvement in symptoms almost immediately but then sustained over time.

Okay. Sorry, guys, we ran longer than I thought we would. But really appreciate everybody's attendance and for the questions. And with that, we'll sign off on the Allakos side.

**Operator**
And this concludes today's conference, and you may disconnect your lines at this time. Thank you for your participation.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.