# Exhibit H

*Journal of Pediatric Gastroenterology and Nutrition*
**48:**152–160 © 2009 by European Society for Pediatric Gastroenterology, Hepatology, and Nutrition and
North American Society for Pediatric Gastroenterology, Hepatology, and Nutrition

# Dissociation Between Symptoms and Histological Severity in Pediatric Eosinophilic Esophagitis

*Scott Pentiuk, *Phillip E. Putnam, †Margaret H. Collins, and ‡Marc E. Rothenberg

*Divisions of Pediatric Gastroenterology, Hepatology, and Nutrition, †Pathology, and ‡Allergy and Immunology, Department of*
*Pediatrics, Cincinnati Children's Hospital Medical Center, University of Cincinnati College of Medicine, Cincinnati, OH*

## ABSTRACT

**Objectives:** The relation between patient symptoms and histological severity of eosinophilic esophagitis (EE) is not known. We created a pediatric EE symptom score (PEESS) and compared the results with histological findings in the esophagus.

**Patients and Methods:** Subjects ages 3 to 18 years with a histological diagnosis of EE or their parent completed a survey rating the frequency and severity of their gastrointestinal symptoms. Scores ranged from 0 to 98. Eosinophil numbers in esophageal biopsy specimens were correlated with the PEESS.

**Results:** A total of 49 subjects completed the PEESS. The symptom score did not correlate with the peak eosinophil count ($r^2 = 0.079$). Newly diagnosed, untreated EE subjects (N = 15) had a mean score of $24.7 \pm 16.4$ with a modest correlation between the PEESS and the number of eosinophils in the distal esophagus ($r^2 = 0.37$). The mean PEESS score in the 34 treated patients was lower than in untreated patients ($15.6 \pm 12.9$;

$P = 0.046$). The mean score for treated patients in histological remission was the same as for treated patients with active EE, regardless of treatment type. Abdominal pain was the most frequent and severe symptom reported. Among 20 of the 34 subjects (58.8%) in histological remission, 17 (85%) continued to report symptoms with a mean score of $17.4 \pm 9.9$ (range 1–38). Three children with active histological EE (10%) reported no symptoms.

**Conclusions:** Children with untreated EE had a higher PEESS than treated subjects. Symptoms persisted in 85% of EE patients despite histological resolution and 10% with active EE reported no symptoms. Our data indicate a dissociation between symptoms and histology in pediatric EE. *JPGN 48:152–160, 2009.* **Key Words:** Eosinophilic esophagitis—Symptoms—Score—Dissociation. © 2009 by European Society for Pediatric Gastroenterology, Hepatology, and Nutrition and North American Society for Pediatric Gastroenterology, Hepatology, and Nutrition

Eosinophilic esophagitis (EE) is a growing clinical entity among both the pediatric and adult populations (1–3). Patients with EE can present with a number of symptoms, including vomiting, abdominal pain, failure to thrive, dysphagia, and/or food impaction (4–7); however, the relation between these symptoms and histology is not yet known.

Because presenting symptoms are nonspecific, the diagnosis of EE depends on histological findings. EE is a clinicopathological diagnosis requiring at least 15 eosinophils per high-power field (HPF) (8–10). Marked basal cell layer hyperplasia and papillary (rete peg) lengthening are also histological features. Endoscopic features of EE include mucosal furrowing, rings, strictures, and adherent white plaques or papules (11,12). In a subset of patients with histological evidence of EE, the mucosa may appear endoscopically unremarkable (13).

Effective treatments for EE include the use of systemic and swallowed topical steroids as well as elemental and allergen elimination diets (8,9,14,15). New data have renewed interest in using proton pump inhibitors as treatment for esophageal eosinophilia (16,17). None of these treatments has been shown to be completely effective for all patients with EE and each has potential drawbacks, including being highly dependent on patient compliance. At this time, no controlled clinical comparison trials have been performed, although a recent study has shown efficacy of swallowed fluticasone propionate compared with placebo (18). Of note, this study documented improvement in only 1 symptom (vomiting)

Received March 4, 2008; accepted May 6, 2008.

Address correspondence and reprint requests to Marc E. Rothenberg, MD, PhD, Cincinnati Children's Hospital Medical Center, Division of Allergy and Immunology, 3333 Burnet Ave, ML 7028, Cincinnati, OH 45229-3039 (e-mail: rothenberg@cchmc.org).

Supported in part by the Food Allergy and Anaphylaxis Network (MER), Campaign Urging Research for Eosinophil Disorders, the Buckeye Foundation (MER), the Food Allergy Project (MER), and the Digestive Diseases Research Development Centers (National Institute of Diabetes and Digestive and Kidney Diseases grant 064403).

The authors report no conflicts of interest.

Copyright © 2009 by Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

following therapy, raising concerns that symptomatic improvement may be more difficult to achieve than histological improvement.

Methods other than endoscopic biopsy to diagnose and study patients who have EE would be highly desirable. Konikoff et al found that blood absolute eosinophil count, plasma eosinophil-derived neurotoxin, and eotaxin-3 levels correlated with esophageal eosinophil density (19). They report that the combined positive predictive value of these tests was 88%; however, the tests had a negative predictive value of only 70%. No longitudinal studies assessing the role of these markers for monitoring histological response to therapy have been completed. Anecdotally, some patients with EE become asymptomatic following treatment but continue to have histological evidence of EE on repeat endoscopy. This raises concerns about physician reliance upon patient symptoms in determining disease activity.

Few data have been published on attempts to systematically correlate patient symptoms with the degree of eosinophilia found within the esophagus (20). In this study, we administered a patient symptom survey to children with EE to examine the spectrum of clinical manifestations and attempt to correlate symptoms with histological disease severity.

## PATIENTS AND METHODS

Pediatric subjects with EE (3–18 years of age) were recruited to participate in the study. Subjects were enrolled at Cincinnati Children's Hospital Medical Center (CCHMC) from October 2004 until November 2005. All of the subjects had documented EE based on histological evidence including greater than 24 eosinophils per $\times 400$ HPF from either the proximal or distal esophagus. Previously diagnosed subjects had endoscopy performed as part of routine surveillance, after a change in diet or medical therapy, or because of persistence of symptoms. Newly diagnosed subjects underwent endoscopy because of persistent symptoms. The decision for endoscopy was made by the subject's attending gastroenterologist. Subjects' age and current course of treatment are summarized in Table 1. Subjects were excluded from the study if they had comorbid eosinophilic disorders, if they were nonverbal, or if their esophageal biopsies were not available at CCHMC. The CCHMC institutional review board approved the study and all of the participants (or their parents or guardian) gave written informed consent/assent. Six patients completed surveys in advance of 2 separate endoscopies performed at least 3 months apart and were counted twice due to changes in therapy and age.

Table 1 lists the therapy used for each individual at the time of endoscopy. Patients underwent endoscopy while undergoing 1 of several individualized (ie, nonprotocol) therapeutic strategies: total dietary antigen elimination (elemental diet), food trial (elemental diet plus food), avoidance of selected antigens (elimination diet), elimination diet plus swallowed fluticasone (elimination plus fluticasone), or fluticasone alone. One group of subjects was newly diagnosed and had received no prior therapy (none).

### Symptom Survey

Symptom surveys (see Appendix) were used in a prior study by Konikoff et al (18). Recorded symptoms included vomiting, nausea, abdominal pain, dysphagia, heartburn, chest pain, regurgitation, food impactions, early satiety, and poor appetite (see Appendix). Subjects were asked to rate the frequency of symptoms on a 1 to 5 scale and the severity of symptoms on a 1 to 3 scale. The severity subscale was weighted $\times 2$ to help equalize the 2 scales. Frequency and severity scores were added to give a total symptom score.

### Survey Administration

Subjects were asked to rate their symptoms using the pediatric EE symptom score (PEESS). When necessary, parents completed the survey for young children (ages 3–10). A research coordinator was available to answer questions during the administration of the survey. Subjects completed the surveys either after a follow-up clinic visit or in a private waiting area before an endoscopy. The majority of surveys (n = 44) were completed within 1 week before or after endoscopy. The remaining 5 surveys were completed after the endoscopy (mean 31.2 days, range 8–50 days). The 5 subjects with delayed survey completion had no documented change in their clinical status at the time of survey administration as verified by clinical records. After completion of the survey, scores were entered into a subject database.

### Histology

Grasp biopsies were obtained at the discretion of the endoscopist from the proximal and distal esophagus, as well as the stomach and duodenum. Biopsies were fixed in formalin, embedded in paraffin, and stained in a standard fashion with hematoxylin and eosin. Endoscopic biopsies were initially reviewed by a board-certified pediatric pathologist and then re-reviewed for this study by the primary investigator (S.P.) to determine the specific peak eosinophil count. Intraepithelial eosinophils in each $\times 400$ HPF from an individual biopsy specimen were counted. The peak eosinophil count for each biopsy was determined as the maximum number of eosinophils in any single HPF. All of the slides also were assessed for layering of eosinophils on the mucosal surface and the presence of basal layer hyperplasia, although these features were not scored because they are less easily quantified and depended on tissue sectioning. At the time of counting, the primary investigator was only aware that subjects had a prior diagnosis of EE. Biopsies from the stomach and duodenum also were reviewed and correlated with the official pathology reports to ensure that they did not possess significant eosinophilia. For this study, the definition of active EE was 24 or more eosinophils per HPF, which is consistent with the First International Gastrointestinal Eosinophilic Research Symposium recommendation for EE research studies (8). Subjects with 0 to 5 eosinophils/HPF were considered to be in remission. Those subjects with 5 to 24 eosinophils/HPF were only included in the overall analysis to help ascertain the correlation between eosinophil count and symptoms.

Copyright © 2009 by Lippincott Williams & Wilkins.Unauthorized reproduction of this article is prohibited.

154                                                                PENTIUK ET AL.

**TABLE 1.** *Subject characteristics*

| ID | Sex | Age, y | Treatment | Distal peak eosinophils | Frequency subscore | Severity subscore | Total score |
|----|-----|--------|-----------|------------------------|-------------------|-------------------|-------------|
| 1 | M | 5 | Elemental | 12 | 0 | 0 | 0 |
| 2 | F | 3 | Elemental | 1 | 3 | 4 | 7 |
| 3 | M | 15 | Elemental | 3 | 0 | 0 | 0 |
| 4 | M | 4 | Elemental | 2 | 12 | 8 | 20 |
| 5 | M | 5 | Elemental | 7 | 13 | 8 | 21 |
| 6 | F | 5 | Elemental + food | 1 | 2 | 2 | 4 |
| 7 | M | 7 | Elemental + food | 3 | 7 | 12 | 19 |
| 8 | M | 15 | Elemental + food | 26 | 13 | 18 | 31 |
| 9 | M | 18 | Elemental + food | 47 | 24 | 12 | 36 |
| 10 | F | 6 | Elemental + food | 1 | 19 | 4 | 23 |
| 11 | F | 10 | Elimination | 48 | 5 | 6 | 11 |
| 12 | M | 8 | Elimination | 0* | 4 | 8 | 12 |
| 13 | M | 7 | Elimination | 38 | 3 | 0 | 0 |
| 14 | F | 12 | Elimination | 0 | 16 | 19 | 35 |
| 15 | M | 6 | Elim + fluticasone | 38 | 0 | 0 | 0 |
| 16 | F | 11 | Elim + fluticasone | 130 | 0 | 0 | 0 |
| 17 | M | 3 | Elim + fluticasone | 125 | 21 | 26 | 47 |
| 18 | M | 6 | Elim + fluticasone | 221 | 2 | 6 | 8 |
| 19 | M | 6 | Elim + fluticasone | 29 | 7 | 8 | 15 |
| 20 | F | 17 | Fluticasone | 0 | 20 | 18 | 38 |
| 21 | M | 8 | Fluticasone | 53 | 5 | 2 | 7 |
| 22 | M | 18 | Fluticasone | 1 | 8 | 20 | 28 |
| 23 | M | 13 | Fluticasone | 5 | 6 | 10 | 16 |
| 24 | M | 11 | Fluticasone | 265 | 6 | 14 | 20 |
| 25 | M | 5 | Fluticasone | 0 | 1 | 0 | 1 |
| 26 | M | 6 | Fluticasone | 42 | 7 | 4 | 11 |
| 27 | M | 8 | Fluticasone | 1 | 15 | 6 | 21 |
| 28 | M | 15 | Fluticasone | 23 | 6 | 8 | 14 |
| 29 | F | 9 | Fluticasone | 0 | 4 | 14 | 18 |
| 30 | F | 3 | Fluticasone | 3 | 3 | 2 | 5 |
| 31 | M | 14 | Fluticasone | 278 | 4 | 4 | 8 |
| 32 | M | 8 | Fluticasone | 0 | 4 | 10 | 14 |
| 33 | M | 14 | Fluticasone | 1 | 0 | 0 | 0 |
| 34 | M | 11 | None | 134 | 15 | 22 | 37 |
| 35 | M | 11 | None | 155 | 14 | 8 | 22 |
| 36 | M | 11 | None | 86 | 13 | 12 | 25 |
| 37 | M | 13 | None | 58 | 3 | 4 | 7 |
| 38 | M | 14 | None | 176 | 5 | 10 | 15 |
| 39 | M | 5 | None | 63 | 2 | 0 | 2 |
| 40 | M | 17 | None | 40 | 1 | 2 | 3 |
| 41 | F | 7 | None | 34 | 5 | 6 | 11 |
| 42 | M | 10 | None | 96 | 11 | 8 | 19 |
| 43 | M | 7 | None | 32* | 8 | 14 | 22 |
| 44 | F | 9 | None | 170 | 13 | 24 | 37 |
| 45 | M | 6 | None | 55 | 23 | 24 | 47 |
| 46 | M | 8 | None | 31* | 13 | 6 | 19 |
| 47 | M | 9 | None | 156 | 22 | 26 | 48 |
| 48 | F | 12 | None | 232 | 28.5 | 28 | 56.5 |
| 49 | M | 16 | Prednisone | 89 | 18 | 22 | 40 |

Distal peak eosinophil counts were used. Elemental = elemental formula only; elemental + food = elemental diet with oral food trials; elimination = elimination of foods positive during allergy testing; elim + fluticasone = elimination diet in addition to swallowed fluticasone propionate; fluticasone = treatment with swallowed fluticasone propionate alone.

* Only proximal esophageal biopsies were obtained.

### Statistical Analysis

Subjects were grouped by active and inactive disease, treatment type, sex, and age. Subgroups (active vs inactive, ages 3–8 years vs >9 years, and treatment type) were analyzed. Linear regression analysis was performed to evaluate the correlation between survey scores and peak eosinophil counts. Groups were evaluated for differences between symptom scores and cell counts by Student *t* tests. Data are expressed as mean ± standard deviation (SD). Because the symptom score ratings were not distributed normally, a rank correlation (Spearman rho) also was performed. Cluster analysis using subject responses for individual symptoms was completed to examine whether score components would classify patients into active or

Copyright © 2009 by Lippincott Williams & Wilkins.Unauthorized reproduction of this article is prohibited.

inactive disease. Statistical tests and graphs were performed using GraphPad Prism, version 4.01 (GraphPad Software, San Diego, CA), Excel 2002 (Microsoft, Redmond WA), and R version 2.5.1 (R Foundation for Statistical Computing, Wien, Austria).

## RESULTS

### Subject Characteristics

Subject ages (N = 49) ranged from 3 to 18 years (mean 9.53 years; Table 1) and included 37 males and 12 females. Fifteen subjects were newly diagnosed with EE and were untreated at the time of PEESS administration. The remaining 34 subjects previously had been diagnosed with EE, with a mean time from diagnosis of $21.7 \pm 23.8$ months (median 11.8 months, range 3.4–108.4 months). Of the subjects with known EE, 14 or 34 were receiving diet therapy (either elemental or elimination of foods positive on allergy testing). Nineteen of the 34 subjects received topical steroids in the form of swallowed fluticasone propionate, with 1 of 34 having received oral prednisone.

Peak and mean eosinophil counts were obtained from both the distal and proximal esophagus. Proximal peak and mean eosinophil counts were found to have a weaker correlation with the PEESS (data not shown), so distal peak eosinophil counts were reported for the study (Table 1).

### PEESS in Different Subject Groups

The PEESS scores for each treatment type are summarized in Figure 1. The 34 treated patients had a mean score of $15.6 \pm 13.1$ (range 0–47). The 15 newly diagnosed, untreated subjects had a mean score of $24.7 \pm 16.4$ (range 2–56.5). The mean symptom score for all of the treated patients was lower than in untreated patients ($P = 0.046$). Of the treated subjects, those receiving diet therapy (N = 14) had a PEESS score of $15.6 \pm 12.8$ (range 0–36). Subjects receiving topical steroids (N = 19) had a PEESS score of $14.3 \pm 12.8$ (range 0–47). The subject who received oral prednisone had a PEESS score of 40.

Based on histology from endoscopic biopsies, 17 of 34 (50%) of the treated subjects were found to be in remission, with 5 or fewer eosinophils per ×400 HPF found on peak eosinophil count. Twelve of these 34 subjects (35%) had 1 or fewer eosinophils per HPF and were in complete remission. The mean symptom score for treated patients in histological remission (<5 eosinophils/HPF) was $17.1 \pm 11.9$ (range 0–38), which was statistically the same as treated patients who continued to have active histological EE ($16.7 \pm 15.1$; range 0–47; $P = 0.94$). Three subjects had eosinophil counts between 6 and 23 eosinophils/HPF.

### Symptom Score as a Function of Eosinophil Count

In looking at the effects of various treatment regimens on subject histology and symptoms, untreated patients (N = 15) demonstrated a correlation with the PEESS (Fig. 2; $r^2 = 0.37$). Controlling for treatment with elemental diet, elimination diet, or swallowed fluticasone did not improve the correlation between eosinophil numbers and symptom scores on the PEESS. No difference was found in the symptom score when controlling for age (data not shown).

Of the 6 patients who were used twice in the study, all were initially newly diagnosed, untreated subjects. Four had complete response to therapy with 0 to 1 eosinophils/HPF on repeat endoscopy; 1 had an incomplete response (from 155 to 86 eosinophils/HPF), and another had an increase in the eosinophil count (from 34 to 130 eosinophils/HPF). The symptom scores for the complete responders improved (untreated mean symptom score of 20.0 vs treated mean score of 9.5), but none of these subjects became completely asymptomatic. The symptom score for the subject with partial response remained essentially unchanged (initial score of 22 vs treated score



**FIG. 1.** Pediatric eosinophilic esophagitis symptom scores (PEESS) categorized by subject treatment type. For treatments, elim/elemental = patients on either elemental or elimination diet; flovent = subjects receiving swallowed fluticasone propionate; pred = predni-prednisone. Untreated subjects scored higher on the PEESS compared with treated patients ($P = 0.046$).

Copyright © 2009 by Lippincott Williams & Wilkins.Unauthorized reproduction of this article is prohibited.



**FIG. 2.** Peak esophageal eosinophil count vs symptom score for subjects with untreated eosinophilic esophagitis (EE). The peak number of eosinophils was plotted against the total pediatric eosinophilic esophagitis symptom scores for untreated EE subjects (N = 12).

of 25). The subject with continued active EE did have resolution of symptoms (untreated score of 11 vs treated score of 0).

The overall symptom score was not predictive of the degree of eosinophilia found on histology (Fig. 3; $r^2 = 0.079$). Rank correlation gave a value of $\rho = 0.28$, which approached significance ($P = 0.056$). Cluster analysis failed to demonstrate any significant break-points, supporting the inability of the symptom score to distinguish the presence or absence of EE (data not shown).

Of the 17 treated subjects in histological remission, 15 (88%) continued to report symptoms. Further stratification of this group demonstrated that 11 (65%) of the subjects with 0 to 5 eosinophils/HPF had symptom scores greater than 10 and 9 of 17 (53%) had PEESS scores greater than 15. Conversely, 3 of 29 subjects (10%)



**FIG. 3.** Peak esophageal eosinophil count vs symptom score. Subject score on the pediatric eosinophilic esophagitis symptom score was plotted against the distal peak eosinophil count for all subjects.

reported no symptoms (PEESS score = 0) despite having active EE with peak counts of 38, 38, and 130 eosinophils/HPF, respectively.

### Symptoms

Abdominal pain was the most commonly reported symptom, with 69% of subjects rating this factor (Fig. 4). This was consistent for subjects with both active and inactive disease (Table 2). The breakdown between the frequency and severity subscales for the active and inactive subjects is shown in Figure 5. Patients with active EE had an individual frequency score for abdominal pain of $2.14 \pm 1.92$, with symptoms occurring at least once per week. Inactive EE subjects had a lower but not significantly different frequency score of $1.47 \pm 1.43$ (Fig. 5A, B). Abdominal pain also received the highest severity scores for both active and inactive subjects ($2.64 \pm 2.31$ and $1.84 \pm 1.77$, respectively). The severity scores were not significantly different between inactive and active subjects (Fig. 5C, D). Subjects with active EE were more likely to complain of heartburn (52% vs 25%; $P = 0.02$) with a trend toward increased complaints of dysphagia (38% vs 20%; $P = 0.08$) compared with subjects with inactive disease (Table 2).

### DISCUSSION

A marked dissociation between histological findings and patient symptoms in patients with EE is reported in this study. Of the treated subjects, 85% continued to report symptoms despite histological remission. One possible reason for this finding could be the long-term effects of eosinophil degranulation on the esophageal tissue. Hogan et al (21) postulated that eosinophils may be responsible for damaged axons found in the intestines of a mouse model of eosinophilic gastrointestinal disease. In humans, eosinophil-derived cytotoxic granule constituents could have local effects on neurons, creating a ''visceral hyperalgesia'' that is not reflected by the histology. This concept corresponds with emerging literature in other areas of the gastrointestinal tract, such as postinfectious irritable bowel syndrome (22,23). Indeed, eosinophil products have been detected after eosinophilia resolves in other diseases (eg, eczema) (24). Histology also does not correlate with patient-reported symptoms in disorders such as inflammatory bowel disease (25). In inflammatory bowel disease, however, mucosal healing is associated with lower rates of surgery and subsequent hospitalization (26,27). These data could indicate that a longer follow-up period may be needed for patients with EE who have achieved disease remission and that symptom resolution will occur in time.

Another possibility for the continued symptoms in our study subjects is that EE may present as a patchy disease. Several subjects in our study may have had active EE

*J Pediatr Gastroenterol Nutr, Vol. 48, No. 2, February 2009*

Copyright © 2009 by Lippincott Williams & Wilkins.Unauthorized reproduction of this article is prohibited.



**FIG. 4.** Reported symptoms for pediatric subjects with eosinophilic esophagitis. Symptoms reported on the pediatric eosinophilic esophagitis symptom score included abdominal pain, chest pain, regurgitation, dysphagia, food impactions, early satiety, and poor appetite/poor weight gain.

despite normal biopsies. Although this is possible, Gonsalves et al (28) reported 100% sensitivity after taking 5 biopsies. The vast majority of our subjects had at least 6 total biopsies taken from the esophagus (3 from the distal esophagus and 3 from the proximal esophagus). In reviewing the slides, all ×400 HPF fields were reviewed for the biopsies of each subject, as well as counted by the same observer (S.P.), so the reported number of eosinophils likely is accurate.

Interestingly, 3 subjects with active EE by histology were asymptomatic based on their responses on the PEESS. This indicates that symptoms alone may not

be used to determine disease remission. It is not known whether these asymptomatic patients are at risk for developing complications such as strictures or dysphagia as older children or adults. It is possible that these subjects may develop symptoms with time, unless they achieve histological remission.

Untreated EE subjects in our study had significantly higher scores on the PEESS compared with treated subjects. These same subjects also had a stronger correlation between their peak eosinophil count and total score on the PEESS. No correlations were found when subjects were stratified by treatment type, although this may be due to the small sample size of the groups.

Abdominal pain was the most common symptom reported on the PEESS. This symptom was rated as both more frequent and more severe than dysphagia, heartburn, or food impactions, which are classically associated with EE. The overall symptom reporting may be related to the mean age of our population (9.53 years). Noel et al (2) noted a high prevalence of abdominal pain reported as the chief complaint (27%), which was the same proportion they reported presenting with vomiting or dysphagia as the predominant symptom. Although our study lacked statistically significant numbers of subjects to confirm this finding, EE symptoms at presentation likely vary with age. Infants and toddlers with EE may present with a feeding disorder, whereas older children present with vomiting, abdominal pain, and heartburn-like symptoms. Adolescents and adults are more likely to present with food impactions and strictures. Larger scale studies will need to be performed to verify this correlation.

**TABLE 2.** *Symptom score differences between subjects with active and inactive eosinophilic esophagitis (EE)*

| Symptom | Inactive EE (n = 20) | % | Active EE (n = 29) | % |
|---|---|---|---|---|
| Nausea/vomiting | 9 | 44 | 14 | 48 |
| Abdominal pain | 14 | 70 | 20 | 69 |
| Chest pain | 4 | 20 | 5 | 17 |
| Heartburn/regurgitation | 5 | 25* | 15 | 52* |
| Dysphagia | 4 | 20† | 11 | 38† |
| Food impaction | 2 | 10 | 4 | 14 |
| Early satiety | 8 | 40 | 11 | 38 |
| Poor appetite/poor weight gain | 9 | 45 | 12 | 41 |

The number of subjects with either active or inactive EE reporting the presence of individual symptoms on the pediatric EE symptom score is listed. Heartburn/regurgitation was reported in a significantly higher percentage of subjects with active EE (*$P = 0.02$). Dysphagia also was noted to be greater in subjects with active EE, although this was not statistically significant (†$P = 0.08$).

Copyright © 2009 by Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

158                                       *PENTIUK ET AL.*



**FIG. 5.** Symptom score breakdown for subjects with active and inactive eosinophilic esophagitis (EE). A and B represent the mean values for each symptom frequency subscore for subjects with active and inactive EE, respectively. C and D represent the mean values for the severity subscore for subjects with active and inactive EE. Error bars represent the standard deviation for the scores.

Our study had several limitations. The limited sample size made it difficult to stratify subjects by treatment type or symptoms. Also, we did not control for the presence of comorbid allergic disease or acid suppression therapy. The majority of our subjects were studied on acid suppression at some time either before or during diagnosis. However, because this therapy was not standardized, it was not evaluated for the article. It is important to note that in our experience (at CCHMC), the overlap of EE and gastroesophageal reflux disease is not dramatic (10). Most notably, in our prior papers, we did not find that reflux medications had any impact on therapeutic responses to anti-inflammatory agents (eg, fluticasone), indicating that the presence of acid reflux was not a major confounding variable in our EE population (18,29). Patients were not asked to recall how long their symptoms had been present, which may have helped guide duration of disease before diagnosis. This information may have affected patients' histological findings or response to treatment. Another potential confounder is that parents were allowed to assist patients in the completion of the survey. There are several articles in the literature supporting the use of parental reporting of symptoms of young children with autism and functional abdominal pain (30,31). We did not discover any differences in the symptom scores of younger children compared with those of older patients; however, parental reporting may have introduced an additional bias into the results. Finally, we did not track how many patients refused to complete the survey or their stated reasons.

A key limitation of our study was the use of an unvalidated symptom score. We did not assess how the symptom score differs from that of normal children or those with other chronic conditions such as chronic abdominal pain. Unfortunately, there are no published, validated symptom scores for EE at this time. The purpose of our study was to compare EE subjects' symptoms with their histology and the items on the PEESS are consistent with the spectrum of symptoms commonly accepted as occurring in children who have EE. A reliable way of tracking EE patients' symptoms is needed.

Future avenues for study include validation of a symptom score for use in pediatric EE to monitor symptoms, as well as symptom progression over time. It may be

Copyright © 2009 by Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.



Fig. 5. (*Continued*).

possible to detect gene expression differences between subjects using gene chip analysis as reported by Blanchard et al (32), which may begin to explain the differences among individuals with seemingly equivalent degrees of inflammation.

Our study indicates that symptoms do not correlate well with histological severity or the presence of active disease based on esophageal biopsies in patients with longstanding EE. In contrast, a modest correlation was found between symptoms and histology in newly diagnosed, untreated patients. More work will need to be performed to validate a symptom score that can be used to follow patient symptoms in EE.

**Acknowledgments:** We are grateful to Ms Cassie Kirby for assistance in collecting subject responses and to Ranajit Chakraborty, PhD, for help with the statistical analysis.

**APPENDIX**
**Symptom Score**

| Frequency | Never | 1–3x/mo | 1x/wk | 2–6x/wk | Daily | >1x/day |
|---|---|---|---|---|---|---|
| Nausea | 0 | 1 | 2 | 3 | 4 | 5 |
| Vomiting | 0 | 1 | 2 | 3 | 4 | 5 |
| Abdominal pain | 0 | 1 | 2 | 3 | 4 | 5 |
| Chest pain | 0 | 1 | 2 | 3 | 4 | 5 |
| Heartburn | 0 | 1 | 2 | 3 | 4 | 5 |
| Regurgitation | 0 | 1 | 2 | 3 | 4 | 5 |
| Dysphagia | 0 | 1 | 2 | 3 | 4 | 5 |
| Food impaction | 0 | 1 | 2 | 3 | 4 | 5 |
| Poor appetite | 0 | 1 | 2 | 3 | 4 | 5 |
| Early satiety | 0 | 1 | 2 | 3 | 4 | 5 |

Copyright © 2009 by Lippincott Williams & Wilkins.Unauthorized reproduction of this article is prohibited.

Frequency Score (add all circled entries): _____

| Severity | None | Mild | Moderate | Severe |
|---|---|---|---|---|
| Nausea | 0 | 1 | 2 | 3 |
| Abdominal pain | 0 | 1 | 2 | 3 |
| Chest pain | 0 | 1 | 2 | 3 |
| Heartburn | 0 | 1 | 2 | 3 |
| Dysphagia | 0 | 1 | 2 | 3 |
| Poor appetite | 0 | 1 | 2 | 3 |
| Early satiety | 0 | 1 | 2 | 3 |
| Inadequate weight gain | 0 | 1 | 2 | 3 |

### REFERENCES

1. Fox VL, Nurko S, Furuta GT. Eosinophilic esophagitis: It's not just kid's stuff. *Gastrointest Endosc* 2002;56:260–70.
2. Noel RJ, Putnam PE, Rothenberg ME. Eosinophilic esophagitis. *N Engl J Med* 2004;351:940–1.
3. Straumann A, Simon H. Eosinophilic esophagitis: escalating epidemiology? *J Allergy Clin Immunol* 2005;115:418–9.
4. Orenstein SR, Shalaby T, Di Lorenzo C, et al. The spectrum of pediatric eosinophilic esophagitis beyond infancy: a clinical series of 30 children. *Am J Gastroenterol* 2000;95:1422–30.
5. Liacouras CA, Spergel J, Ruchelli E, et al. Eosinophilic esophagitis: a 10-year experience in 381 children. *Clin Gastroenterol Hepatol* 2005;3:1198–206.
6. Kahn S, Orenstein SR, Di Lorenzo C, et al. Eosinophilic esophagitis: strictures, impactions, dysphagia. *Dig Dis Sci* 2003;48:22–9.
7. Pentiuk SP, Miller CK, Kaul A. Eosinophilic esophagitis in infants and toddlers. *Dysphagia* 2007;22:44–8.
8. Furuta G, Liacouras C, Collins M, et al. Eosinophilic esophagitis in children and adults: a systematic review and consensus recommendations for diagnosis and treatment. *Gastroenterology* 2007; 133:1342–63.
9. Ruchelli E, Wenner W, Voytek T, et al. Severity of esophageal eosinophilia predicts response to conventional gastroesophageal reflux therapy. *Pediatr Dev Pathol* 1999;2:15–8.
10. Rothenberg ME, Mishra A, Collins MH, et al. Pathogenesis and clinical features of eosinophilic esophagitis. *J Allergy Clin Immunol* 2001;108:891–4.
11. Langdon D. Fluticasone in eosinophilic corrugated ringed esophagus. *Am J Gastroenterol* 2001;96:926–7.
12. Sundaram S, Sunku B, Nelson S, et al. Adherent white plaques: an endoscopic finding in eosinophilic esophagitis. *J Pediatr Gastroenterol Nutr* 2004;38:208–12.
13. Müller S, Pühl S, Vieth M, et al. Analysis of symptoms and endoscopic findings in 117 patients with histological diagnoses of eosinophilic esophagitis. *Endoscopy* 2007;39:339–44.
14. Faubion W, Perrault J, Bugart L, et al. Treatment of eosinophilic esophagitis with inhaled corticosteroids. *J Pediatr Gastroenterol Nutr* 1998;27:90–3.
15. Teitelbaum J, Fox V, Twarog F, et al. Eosinophilic esophagitis in children: immunopathological analysis and response to fluticasone propionate. *Gastroenterology* 2002;122:1216–25.
16. Ngo P, Furuta GT, Antonioli DA, et al. Eosinophils in the esophagus—peptic or allergic eosinophilic esophagitis? Case series of three patients with esophageal eosinophilia. *Am J Gastroenterol* 2006;101:1666–70.
17. Spechler SJ, Genta RM, Souza RF. Thoughts on the complex relationship between gastroesophageal reflux disease and eosinophilic esophagitis. *Am J Gastroenterol* 2007;102:1301–6.
18. Konikoff MR, Blanchard C, Kirby C, et al. A randomized, double-blind, placebo-controlled trial of fluticasone propionate for pediatric eosinophilic esophagitis. *Gastroenterology* 2006; 131:1381–91.
19. Konikoff MR, Blanchard C, Kirby C, et al. Potential of blood eosinophils, eosinophil-derived neurotoxin, and eotaxin-3 as biomarkers of eosinophilic esophagitis. *Clin Gastroenterol Hepatol* 2006;4:1328–36.
20. Aceves S, Bastian JF, Newbury RO, et al. Oral viscous budesonide: a potential new therapy for eosinophilic esophagitis in children. *Am J Gastroenterol* 2007;102:2271–9.
21. Hogan S, Mishra A, Brandt E, et al. A pathological function for eotaxin and eosinophils in eosinophilic gastrointestinal inflammation. *Nat Immunol* 2001;2:353–60.
22. Quigley E. Current concepts of the irritable bowel syndrome. *Scand J Gastroenterol Suppl* 2003;237:1–8.
23. Bercík P, Wang L, Verdú EF, et al. Visceral hyperalgesia and intestinal dysmotility in a mouse model of postinfective gut dysfunction. *Gastroenterology* 2004;127:179–87.
24. Ott NL, Gleich GJ, Peterson EA, et al. Assessment of eosinophil and neutrophil participation in atopic dermatitis: comparison with the IgE-mediated late-phase reaction. *J Allergy Clin Immunol* 1994;94:120–8.
25. Geboes K, Rutgeerts P, Opdenakker G, et al. Endoscopic and histologic evidence of persistent mucosal healing and correlation with clinical improvement following sustained infliximab treatment for Crohn's disease. *Curr Med Res Opin* 2005;21:1741–54.
26. Frøslie K, Jahnsen J, Moum B, et al. Mucosal healing in inflammatory bowel disease: results from a Norwegian population-based cohort. *Gastroenterology* 2007;133:412–22.
27. Rutgeerts P, Feagan B, Lichtenstein G, et al. Comparison of scheduled and episodic treatment strategies of infliximab in Crohn's disease. *Gastroenterology* 2004;126:402–13.
28. Gonsalves N, Policarpio-Nicolas M, Zhang Q, et al. Histopathologic variability and endoscopic correlates in adults with eosinophilic esophagitis. *Gastrointest Endosc* 2006;64:313–9.
29. Noel RJ, Putnam PE, Collins MH, et al. Clinical and immunopathologic effects of swallowed fluticasone for eosinophilic esophagitis. *Clin Gastroenterol Hepatol* 2004;2:568–75.
30. Rogers SJ, Hepburn S, Wehner E. Parent reports of sensory symptoms in toddlers with autism and those with other developmental disorders. *J Autism Dev Disord* 2003;33:631–42.
31. Caplan A, Walker L, Rasquin A. Development and preliminary validation of the Questionnaire on Pediatric Gastrointestinal Symptoms to assess functional gastrointestinal disorders in children and adolescents. *J Pediatr Gastroenterol Nutr* 2005; 41:296–304.
32. Blanchard C, Wang N, Stringer K, et al. Eotaxin-3 and a uniquely conserved gene-expression profile in eosinophilic esophagitis. *Gastroenterology* 2006;131:2018–20.

Copyright © 2009 by Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.