Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG KIM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLAKOS INC., ROBERT ALEXANDER, LEO REDMOND, HENRIK RASMUSSEN, and ADAM TOMASI, <br> , <br><br> Defendants. | Case No: 4:20-cv-01720-JSW <br><br> <u>CLASS ACTION</u> <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> JUDGE: Hon. Jeffrey S. White <br> DATE: Motion to Dismiss noticed for September 30, 2022, continued to October 14, 2022 <br> TIME: 9 a.m. <br> CTRM: 5, 2nd floor |

Plaintiffs have filed a Motion for Administrative Relief for Permission to File a Sur-Reply in Further Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (the "Motion"). After considering the Motion, Defendants' Opposition, and all other papers on file herein, the Court grants the Motion.

When a party raises an argument for the first time in its reply brief, courts in this District grant leave to the opposing party to file a sur-reply so that it has a fair chance to respond. *Brown v. Wal-Mart Store, Inc.*, No. 5:09-CV-03339-EJD, 2021 WL 51713, at *1 (N.D. Cal. Jan. 6, 2021) ("The Court agrees…that the reply presents new evidence and argument, and therefore grants Walmart's administrative motion [for leave to file a sur-reply]"). Here, in challenging falsity, Defendants raised an entirely new argument under the heading: "Investors Knew that the Phase 3 Population Likely Had Lower Eosinophil Levels and Different Diagnostic History" and introduced new evidence supporting that new argument in their Reply Memorandum in Further Support of Their Motion to Dismiss Second Amended Complaint (ECF No. 50, "Reply"). Defendants also made a similar new argument in the scienter section of their Reply. Since Defendants' argument is new and there is no reason they could not have made it earlier, granting Plaintiffs a sur-reply is warranted.

For the foregoing reasons, it is HEREBY ORDERED that Plaintiffs' Motion is GRANTED and Plaintiffs' sur-reply, attached as Exhibit 1 to the Motion, is deemed filed.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2022.

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLS.' ADMIN. MOT. FOR SUR-REPLY     CASE NO. 4:20-CV-01720-JSW