Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG KIM, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLAKOS INC., ROBERT ALEXANDER, LEO REDMOND, HENRIK RASMUSSEN, and ADAM TOMASI,<br><br>    Defendants. | Case No: 4:20-cv-01720-JSW<br><br>CLASS ACTION<br><br>**DECLARATION OF BRIAN B. ALEXANDER IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>JUDGE:  Hon. Jeffrey S. White<br>DATE:   Motion to Dismiss noticed for September 30, 2022, continued to October 14, 2022<br>TIME:   9 a.m.<br>CTRM:   5, 2nd floor |

I, Brian B. Alexander, declare as follows:

1.   I am an attorney at The Rosen Law Firm, P.A. and counsel for  Lead Plaintiff Sung Kim and Named Plaintiffs Christian Mayo and Allison Skye ("Plaintiffs"). I make this declaration in support of Plaintiffs' Motion for Administrative Relief for Permission to File a Sur-Reply in Further Opposition to Defendants' Motion to Dismiss the Second Amended Complaint. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.   After Defendants filed their Reply Memorandum in Further Support of Their Motion to Dismiss Second Amended Complaint (ECF No. 50, "Reply") on August 29, 2022, I emailed Bo Bryan Jin, Esq., an Associate at Simpson Thacher & Bartlett LLP, who represents Defendants in this case, on September 1, 2022. My email to Mr. Jin stated that I was on vacation this week and asked if he was available to meet and confer next week about whether Defendants would agree to stipulate that Plaintiffs may file a sur-reply addressing Defendants' new reply argument that investors knew that the Phase 3 population likely had lower eosinophil levels and different diagnostic history.

3.   Mr. Jin responded to my email on September 2, 2022, stating that he was available to meet and confer on Thursday or Friday of the next week (September 8 and 9, 2022).

4.   I met and conferred with Mr. Jin by telephone on Friday, September 9, 2022. During the meet and confer, Mr. Jin told me that Defendants were generally opposed to agreeing to a sur-reply, but Defendants might stipulate to one if Plaintiffs also agreed to an additional submission from Defendants, either separately or jointly with Plaintiffs. I told Mr. Jin that we would consider Defendants' position and get back in contact with him.

5.   On September 14, 2022, I called Mr. Jin and told him that Plaintiffs would not agree to a third brief by Defendants as a condition of Defendants stipulating to a sur-reply for Plaintiffs. Mr. Jin and I then agreed that he would inform me of Defendants' final position the next day.

6.   On September 15, 2022, Mr. Jin called me and left a message stating that Defendants opposed Defendants' Motion for Administrative Relief for Permission to File a Sur-Reply.

DECL. ISO PLAINTIFFS MOT. FOR ADMIN RELIEF TO FILE SUR-REPLY　　CASE NO. 4:20-CV-01720-JSW

Executed on September 16, 2022 in New York, New York

By: /s/*Brian B. Alexander*
Brian B. Alexander

DECL. ISO PLAINTIFFS MOT. FOR ADMIN RELIEF TO FILE SUR-REPLY    CASE NO. 4:20-CV-01720-JSW