JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
STEPHEN P. BLAKE (Bar No. 260069)
sblake@stblaw.com
BO BRYAN JIN (Bar No. 2789990)
bryan.jin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

*Attorneys for Defendants Allakos Inc.,*
*Robert Alexander, Leo Redmond,*
*Henrik Rasmussen, and Adam Tomasi*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG KIM, CHRISTIAN MAYO, AND ALLISON SKYE, Individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>ALLAKOS INC., ROBERT ALEXANDER, LEO REDMOND, HENRIK RASMUSSEN, and ADAM TOMASI,<br><br>          Defendants. | Case No. 4:20-cv-01720-JSW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR PERMISSION TO FILE A SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hon. Jeffrey S. White<br>Date: October 14, 2022<br>Time: 9:00 a.m.<br>Oakland Courthouse, Courtroom 5 |

Plaintiffs have filed a Motion for Administrative Relief for Permission to File a Sur-Reply in Further Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (the "Motion"). After considering the Motion, Defendants' opposition thereto, and all other papers filed herein, the Court denies the Motion.

Plaintiffs' Motion argues that a sur-reply is necessary because Defendants raised, in their reply in further support of their motion to dismiss, a "new" argument that investors knew the Phase 3 population likely had lower eosinophil levels and different diagnostic histories. This argument is not "new" because it was made in response to Plaintiffs' argument that the challenged disclosures' fair and reasonable implication included these patient characteristics, which Plaintiffs made for the first time in their opposition to the motion to dismiss. *See Great American Insur. Co. v. Berl*, No. 17-cv-03767-SJO, 2017 WL 8180627, at *1 (C.D. Cal. Oct. 23, 2017). Also, Defendants' rebuttal argument properly expands on their prior argument that the challenged disclosures must be examined in context. *See Heil Co. v. Curotto Can Co.*, No. 04-cv-01590-MMC, 2004 WL 2600134, at *1 n.1 (N.D. Cal. Nov. 16, 2004). Therefore, there is no "valid reason for . . . additional briefing" and the Court declines to exercise its discretion in allowing Plaintiffs to file an unnecessary sur-reply. *Harvey v. Advisors Mortg. Grp., LLC*, No. 21-cv-1048-TWR, 2021 U.S. Dist. LEXIS 177638, at *1 (S.D. Cal. Sept. 16, 2021) ("Sur-replies should be allowed 'only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief.'") (citing *Hill v. England*, No. 05-cv-00869-REC, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005)).

For the foregoing reasons, it is HEREBY ORDERED that Plaintiffs' Motion is DENIED.

**IT IS SO ORDERED**

DATED this _____ day of _____, 2022.

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE