Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG KIM, Individually and on behalf of all others similarly situated, | Case No: 4:20-cv-01720-JSW |
| Plaintiff, | CLASS ACTION |
| v. | **PLAINTIFFS' SUPPLEMENTAL BRIEF CONCERNING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| ALLAKOS INC., ROBERT ALEXANDER, LEO REDMOND, HENRIK RASMUSSEN, and ADAM TOMASI, | JUDGE:    Hon. Jeffrey S. White |
| Defendants. | DATE:    Motion to Dismiss noticed for September 30, 2022; continued to October 14, 2022; hearing vacated on October 6, 2022 |
| | TIME:    9 a.m. |
| | CTRM:    5, 2nd floor |

PLAINTIFFS' SUPP. BRIEF CONCERNING DEFS.' MTD SAC          CASE NO. 4:20-CV-01720-JSW

Lead Plaintiff Sung Kim and Named Plaintiffs Christian Mayo and Allison Skye ("Plaintiffs") respectfully submit this Supplemental Brief Concerning Defendants' Motion to Dismiss the Second Amended Complaint.

On October 6, 2022, the Court ordered (ECF No. 58), *inter alia*, that Plaintiffs file a supplemental brief that addresses the argument in Defendants' Reply Memorandum in Further Support of Their Motion to Dismiss Second Amended Complaint (ECF No. 50, "Reply," at 4 n.3) that Lead Plaintiff cannot maintain claims based on Defendant Tomasi's statements concerning the Phase 3 ENIGMA Trial because he only purchased shares of Allakos' stock prior to those misrepresentations. In light of the Court's Order, Plaintiffs have concluded that Lead Plaintiff Kim is no longer a suitable Lead Plaintiff for this case, and believe that the appropriate course of action is for the Court to re-open the selection process for Lead Plaintiff.

The relevant case law supports re-opening the Lead Plaintiff selection process. For example, the court in *In re IMAX Sec. Litig.,* 272 F.R.D. 138, 155 (S.D.N.Y. 2010), denied the lead plaintiff, Snow Capital's, class certification motion because Snow Capital could not establish loss causation based on the date that it purchased IMAX's stock. Because Snow Capital could not remain as the lead plaintiff, the court ordered other parties who wished to serve as lead plaintiff to submit their applications within 21 days of the court's order denying class certification. *Id.* at 160. Similarly, in *In re Nutanix, Inc. Sec. Litig.*, No. 19-CV-01651-WHO, 2021 WL 783579, at *1-*3 (N.D. Cal. Mar. 1, 2021), after the lead plaintiff withdrew, the court re-opened the lead plaintiff process and gave any party 21 days to file an application because, as in this case, "the relevant class period has changed since the original lead plaintiff applications were filed." *See also In re Snap Inc. Sec. Litig.,* 394 F. Supp. 3d 1156, 1158 (C.D. Cal. 2019*)* (allowing 21 days for any party to move for appointment as lead plaintiff after the lead plaintiff and named plaintiff withdrew).[1]

For the foregoing reasons, Plaintiffs respectfully request that the Court issue an order directing Plaintiffs' counsel to issue a notice advising members of the putative class that the Court

---

[1]Notably, in *Kelly v. Elec. Arts, Inc.*, 71 F. Supp. 3d 1061, 1070 (N.D. Cal. 2014), which Defendants cited in their Reply, the court did not simply dismiss the case. Instead it granted plaintiffs "leave to amend to allege statements made before lead plaintiffs' stock purchase *or to substitute new lead plaintiffs*." *Id.* (emphasis added).

PLAINTIFFS' SUPP. BRIEF CONCERNING DEFS.' MTD SAC          CASE NO. 4:20-CV-01720-JSW

has re-opened the Lead Plaintiff selection process for this case within three (3) days of the Court's order and allowing any party to move for appointment as Lead Plaintiff in this case within twenty-one (21) days of the Court's order.[2]

DATED: October 28, 2022

**THE ROSEN LAW FIRM, P.A.**

By: /s/*Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Brian B. Alexander, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: balexander@rosenlegal.com

*Counsel for Lead Plaintiff and Class*

---

[2] For the Court's convenience, Plaintiffs have attached a proposed order to this brief.

PLAINTIFFS' SUPP. BRIEF CONCERNING DEFS.' MTD SAC                    CASE NO. 4:20-CV-01720-JSW