Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG KIM, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLAKOS INC., ROBERT ALEXANDER, LEO REDMOND, HENRIK RASMUSSEN, and ADAM TOMASI,<br>,<br><br>    Defendants. | Case No: 4:20-cv-01720-JSW<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER RE-OPENING THE LEAD PLAINTIFF SELECTION PROCESS** |

On October 6, 2022, the Court ordered (ECF No. 58), *inter alia*, that Plaintiffs file a supplemental brief concerning the fact that Lead Plaintiff Sung Kim only purchased shares of Allakos stock prior to Defendant Tomasi's statements concerning the Phase 3 ENIGMA Trial. After considering the Plaintiffs' Supplemental Brief, Defendants' response, and all other papers on file herein, the Court orders the Lead Plaintiff selection process re-opened.

As Plaintiffs concede in their Supplemental Brief, Lead Plaintiff Kim is no longer a suitable Lead Plaintiff for this case. When a previously appointed Lead Plaintiff is no longer suitable, the proper course of action is for the Court to re-open the Lead Plaintiff selection process. *See In re IMAX Sec. Litig.,* 272 F.R.D. 138, 155, 160 (S.D.N.Y. 2010) (ordering other parties who wished to serve as lead plaintiff to submit their applications within 21 days of the court's order denying class certification because the lead plaintiff could not establish loss causation); *In re Nutanix, Inc. Sec. Litig.*, No. 19-CV-01651-WHO, 2021 WL 783579, at *1-*3 (N.D. Cal. Mar. 1, 2021) (allowing any party 21 days to file a lead plaintiff application after previously appointed lead plaintiff withdrew).

For the foregoing reasons, it is HEREBY ORDERED that the Lead Plaintiff selection process is re-opened. Plaintiffs' counsel is directed to issue a notice advising members of the putative class that the Court has re-opened the Lead Plaintiff selection process for this case within three (3) days of this order and any party may move for appointment as Lead Plaintiff in this case within twenty-one (21) days of this order.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2022.

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

- 1 -