UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNG KIM, et al.,

        Plaintiffs,

  v.

ALLAKOS INC., et al.,

        Defendants.

Case No. 20-cv-01720-JSW

**JUDGMENT**

    Pursuant to the Court's Order granting Defendants' motion to dismiss and denying Plaintiffs leave to amend, the Court enters Judgment in favor of Defendants and against Plaintiff.

    **IT IS SO ORDERED**.

Dated: December 6, 2022

_____
JEFFREY S. WHITE
United States District Judge